IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 25-_____ |
| v. | : | DATE FILED: _____ |
| MATTHEW ALAN LAISS | : | VIOLATIONS: |
| | : | 52 U.S.C. § 10307(e) (voting more than once in a federal election - 1 count) |
| | : | 52 U.S.C. § 20511(2) (voter fraud - 1 count) |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. From at least October 2012 until in or around August 2020, defendant MATTHEW ALAN LAISS resided in, and was lawfully registered to vote in, Ottsville, Pennsylvania, a municipality located within Bucks County in the Eastern District of Pennsylvania.

2. Between November 2012 and November 2018, defendant MATTHEW ALAN LAISS lawfully voted in person on at least ten different occasions at a polling location near his Ottsville, Pennsylvania, residence.

3. In or around May 2020, defendant MATTHEW ALAN LAISS applied to Bucks County election officials for a mail-in ballot to be sent to his Ottsville, Pennsylvania, residence. Defendant LAISS received that ballot and voted by mail in the June 2020 Presidential primary.

4. In or around August 2020, defendant MATTHEW ALAN LAISS moved his primary residence from Ottsville, Pennsylvania, to Frostproof, Florida. On or about August 11, 2020, defendant LAISS applied for and obtained a Florida driver's license and registered to vote in Florida. Defendant LAISS provided an address in Frostproof, Florida, as his address on both his Florida driver's license and his Florida voter registration application.

5. On or about October 12, 2020, the Bucks County, Pennsylvania, Board of Elections mailed a ballot for the November 2020 general election to defendant MATTHEW ALAN LAISS's former address in Ottsville, Pennsylvania, where defendant LAISS's parents continued to reside. This mail-in ballot included an option to vote for the offices of President and Vice President of the United States of America.

6. On or about October 31, 2020, defendant MATTHEW ALAN LAISS filled out the mail-in ballot from Pennsylvania for the 2020 general election and enclosed the ballot in a special "secrecy envelope" that had been provided to him by the Bucks County, Pennsylvania, Board of Elections, with his mail-in ballot. When completing his ballot, defendant LAISS specifically cast a vote for the offices of President and Vice President of the United States of America.

7. Defendant MATTHEW ALAN LAISS signed a declaration on the mail-in ballot outer envelope, which stated: "I hereby declare that I am qualified to vote from the below stated address at this election; that I have not already voted in this election; and I further declare that I marked my ballot in secret. I am qualified to vote the enclosed ballot. I understand I am no longer eligible to vote at my polling place after I return my voted ballot. However, if my ballot is not received by the county, I understand I may only vote by provisional ballot at my polling place, unless I surrender my balloting materials, to be voided, to the judge of elections at my

polling place." The "below stated address" was defendant LAISS's former residence in Ottsville, Pennsylvania.

8. At the time defendant MATTHEW ALAN LAISS signed the declaration that he was qualified to vote at the Ottsville, Pennsylvania, address, defendant LAISS knew that he was not qualified to vote at that address because he had moved from Ottsville, Pennsylvania, to Frostproof, Florida.

9. On or about November 3, 2020, three days after completing the mail-in ballot from Pennsylvania, declaring that he was qualified to vote from the Ottsville, Pennsylvania, address, and mailing the envelope back to Bucks County, Pennsylvania, defendant MATTHEW ALAN LAISS went to a polling location in or around Frostproof, Florida, and voted in the 2020 general election. Defendant LAISS specifically voted for individuals to serve in the offices of President and Vice President of the United States of America.

10. On or about October 31, 2020, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MATTHEW ALAN LAISS**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement, casting, and tabulation of ballots that are known by him to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, defendant LAISS cast a fraudulent ballot in Bucks County, Pennsylvania, by voting by mail for the offices of President and Vice President of the United States of America and knowingly and willfully signing a false declaration on the envelope containing his mail-in ballot, which stated that defendant LAISS was qualified to vote in the election from an address in Ottsville,

Pennsylvania. In actuality, as defendant LAISS well knew, as of October 31, 2020, defendant LAISS was not qualified to vote from an address in Ottsville, Pennsylvania, because his primary residence at that time was in Frostproof, Florida.

      In violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

At all times material to this indictment:

1. Paragraphs 1 through 9 of Count One are realleged here.

2. From on or about October 31, 2020, until on or about November 3, 2020, in the Eastern District of Pennsylvania, and elsewhere, defendant

### MATTHEW ALAN LAISS

knowingly, willfully, and expressly for the purpose of having his vote count more than once, voted more than once in a general election held solely and in part for the purpose of selecting and electing a candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives. Specifically, defendant LAISS voted twice for the office of President and Vice President of the United States, first by completing a mail-in ballot, which he signed on or about October 31, 2020, and transmitted by United States mail to Bucks County, Pennsylvania, and then by voting in person on or about November 3, 2020, in Polk County, Florida.

In violation of Title 52, United States Code, Section 10307(e).

**A TRUE BILL:**

_/s/ (signed for)_
**DAVID METCALF**
**United States Attorney**

5

No. _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

v.

## MATTHEW ALAN LAISS

### INDICTMENT

52 U.S.C. §10307(e) (voting more than once in a federal election – 1 count)
52 U.S.C. § 20511(2) (voter fraud – 1 count)



A true bill.

Filed in
O

Bail, $ _____