UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:25-cr-00386-001 |
| | : | |
| MATTHEW ALAN LAISS | : | |
| 3209 Oakland Square Drive | : | |
| Bethlehem, PA 18020 | : | November 13, 2025 |

### NOTICE OF HEARING

TAKE NOTICE that **FINAL PRETRIAL CONFERENCE** in the above case has been set for **TUESDAY, December 2, 2025** at **9:00 A.M.** before the Honorable Joseph F. Leeson, Jr. at the Edward N. Cahn Courthouse & Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania 18101.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

**NO Interpreter:** A           interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.
By:          Justin F. Wood
             Deputy Clerk to Judge Joseph F. Leeson, Jr.
             (610) 776-6118

cc via email:    Mark B. Dubnoff, AUSA
                 Katrina Young, Esquire
                 Elizabeth Toplin, Esquire
                 U.S. Marshal
                 Probation Office
                 Pretrial Services
                 Interpreter Coordinator

crnotice (July 2021)