IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 25-386** |
| **MATTHEW ALAN LAISS** | : | |

**O R D E R**

    AND NOW, this _____ day of _____, 2025, upon consideration of the Government's Unopposed Motion for an Extension of Filing Deadlines, it is hereby **ORDERED** that the government's motion is **GRANTED**.

    The government shall have until Friday, November 28, 2025, to file a response to the defendant's motion to dismiss the indictment.

    All parties shall have until November 28, 2025, to file proposed *voir dire* questions, points for charge, trial memoranda, witness lists, and proposed verdict forms.

    This Court further ORDERS, pursuant to 18 U.S.C. § 3161(h)(1)(D), that the period of delay from the filing of the defense motion to dismiss until that motion is resolved shall be excluded under the Speedy Trial Act.

BY THE COURT:

_____
HONORABLE JOSEPH F. LEESON, JR.
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-386 |
| MATTHEW ALAN LAISS | : | |

### GOVERNMENT'S UNOPPOSED MOTION
### FOR AN EXTENSION OF FILING DEADLINES

The United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Mark B. Dubnoff, Assistant United States Attorney for the District, hereby files this unopposed motion for an extension of time to file a response to the defendant's motion to dismiss the indictment, proposed *voir dire* questions, points for charge, trial memoranda, witness lists, and proposed verdict forms. In support of this motion, the government avers as follows:

1.  On September 5, 2025, the government unsealed a two-count indictment against defendant Matthew Alan Laiss, which charged the defendant with one count of voter fraud, in violation of 52 U.S.C. § 20511(2) (Count One), and one count of voting more than once in a federal election, in violation of 52 U.S.C. § 10307(e) (Count Two).

2.  After originally scheduling the trial for October 6, 2025, this Court entered an order on September 19, 2025, which granted the defendant's unopposed motion for a continuance of trial and rescheduled the trial date to December 8, 2025. ECF No. 12. In the same order, the Court directed that proposed *voir dire* questions, points for charge, trial memoranda, witness lists, and proposed verdict forms must be filed by November 24, 2025. *Id.* ¶ 7.

        3.       On November 18, 2025, the defendant filed a Motion to Dismiss the Indictment Pursuant to Grant of Presidential Pardon. ECF No. 18.

        4.       On November 19, 2025, this Court entered an Order requiring the government to file a response to that motion on or before November 24, 2025. ECF No. 19.

        5.       The United States Attorney's Office for the Eastern District of Pennsylvania is reviewing the defendant's motion to dismiss and, as part of that review, has been consulting with Department of Justice attorneys in Washington, D.C.

        6.       This review and consultation might not be completed in time for the government to file a response by November 24, 2025.

        7.       Accordingly, the government now moves for an extension of the deadline for filing such a response until Friday, November 28, 2025. The defense does not object to this request.

        8.       Additionally, since a decision by the government not to oppose the defense motion would moot the need for either party to file proposed *voir dire* questions, points for charge, trial memoranda, witness lists, and proposed verdict forms, the government also moves for an extension of those filing deadlines until November 28, 2025. The defense does not object to this request.

9. Lastly, the government also moves to exclude the time considering the defense motion to dismiss from the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) (excluding any period of delay resulting from any pretrial motion).

Respectfully submitted,

DAVID METCALF
*United States Attorney*


*/s/ Mark B. Dubnoff*
MARK B. DUBNOFF
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above filing has been served by me this date, by email upon the following persons:

Katrina Young, Esq.<br>
Elizabeth Toplin, Esq.<br>
601 Walnut Street, Suite 5454 West<br>
Philadelphia, PA 19106

                                        */s/ Mark B. Dubnoff*
                                        MARK B. DUBNOFF
                                        Assistant United States Attorney

Date: November 21, 2025