# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-386 |
| MATTHEW ALAN LAISS | : | |

## O R D E R

AND NOW, this 24th day of November, 2025, upon consideration of the Government's Unopposed Motion for an Extension of Filing Deadlines, it is hereby **ORDERED** that the Government's motion, ECF No. 21, is **GRANTED**.

The Government shall have until Friday, November 28, 2025, to file a response to the defendant's motion to dismiss the indictment.

All parties shall have until November 28, 2025, to file proposed *voir dire* questions, points for charge, trial memoranda, witness lists, and proposed verdict forms.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
HONORABLE JOSEPH F. LEESON, JR.
*Judge, United States District Court*