# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 5:25-cr-00386-001 |
| | : |
| MATTHEW ALAN LAISS | : |
| 3209 Oakland Square Drive | : |
| Bethlehem, PA 18020 | : December 1, 2025 |

## AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for **JURY SELECTION** in the above case for **TUESDAY, January 20, 2026** at **9:00 A.M.** before the Honorable Joseph F. Leeson, Jr. at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19101. The **SECOND** and **ALL** subsequent days of **TRIAL** will be held at the Edward N. Cahn Courthouse & Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania 18101.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

**NO Interpreter:** A interpreter will be required for the defendant.

☒ **Hearing rescheduled from: December 8, 2025**

For additional information, please contact the undersigned.

By: Justin F. Wood
Deputy Clerk to Judge Joseph F. Leeson, Jr.
(610) 776-6118

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Mark B. Dubnoff, AUSA |
| | Katrina Young, Esquire |
| | Elizabeth Toplin, Esquire |
| | U.S. Marshal |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |

crnotice (July 2021)