IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 25-386** |
| | : | |
| **MATTHEW LAISS** | : | |

**O R D E R**

**AND NOW**, this _____ day of _____, 2025, the Court being advised that defense counsel needs more time to prepare for trial, and that the Government has no objection to the defendant's motion, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby **ORDERED** that the defendant's unopposed motion for continuance of trial is **GRANTED**.

Trial in this matter shall begin on the _____ day of _____, 2026.

BY THE COURT:

_____
**THE HONORABLE JOSEPH F. LEESON, Jr.**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 25-386 |
| | : | |
| MATTHEW LAISS | : | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE OF TRIAL</u>**

Matthew Alan Laiss, by and through his counsel, Katrina Young and Elizabeth Toplin, Assistant Federal Defenders, Federal Community Defender Office for the Eastern District of Pennsylvania, comes before this Court and respectfully requests a continuance of his trial. In support of this request, it is stated:

1. On September 5, 2025, Mr. Laiss was arraigned before the Honorable Carol Sandra Moore Wells and entered a plea of not guilty to the instant indictment.

2. Trial in this matter is scheduled to commence on January 20, 2026.

3. Counsel for the defense is unavailable during the week of January 20, 2026, and, upon consultation with counsel for the government and the Court's deputy, respectfully suggests the date of March 2, 2026, as an acceptable start date to commence the trial.

4. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

5. Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(I).

2

6. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent the defendant in this matter.

7. Counsel undersigned has advised Mr. Laiss of this continuance request, and Mr. Laiss is unopposed. A signed Speedy Trial Waiver is attached hereto.

8. Mark Dubnoff, Assistant United States Attorney, has advised counsel that he has no objection to this request.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted and the trial be continued.

Respectfully submitted,

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

*/s/ Elizabeth Toplin*
ELIZABETH TOPLIN
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have caused a copy of Defendant's Unopposed Motion for a Continuance of Trial to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing System ("ECF") upon Mark Dubnoff, Assistant United States Attorney, United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

DATE:  December 3, 2025