**UNCLASSIFIED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



600 Arch St., 8th floor
Philadelphia, PA 19106

| | |
|---|---|
| Requesting Official(s) and Office(s): | SA Carmen Dvorak |
| File Number: | ████████ |
| Disc Number (Section): | 1A1 |
| Transcriber(s) and Office/RA: | OST Jessica Loughery        PH-ARA |
| Recorded Date: | 09/17/2024 |
| Transcription Date: | 11/26/2024 |

**VERBATIM TRANSCRIPTION**

**Participants**

CD:    SA Carmen Dvorak
ML:    Matthew Laiss
SA:    SA Sean Ahearn

**Abbreviations**

UI:    Unintelligible
OV:    Overlapping Voice

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

The following is a transcript of a recorded conversation between **Matthew Laiss** and **SA Carmen Dvorak** and **SA Sean Ahearn** which occurred on, **09/17/2024.**

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | | [Beginning of recording] |
| 3 | SA: | The date is September 17th, 2024. Special Agent Sean Ahearn and Special Agent Carmen Dvorak for a recorded interview with Matthew Laiss at the Redner's parking lot in Allentown off Lehigh Street. [Long pause] Time is 5:48 P.M. [Long pause] Hey Matthew. |
| 8 | ML: | Hey. |
| 10 | SA: | How are 'ya? |
| 12 | ML: | Good how are you. |
| 14 | SA: | I'm Sean. Nice to meet 'ya. |
| 16 | ML: | Nice to meet you. |
| 18 | CD: | Train. Hi Carmen Dvorak nice to meet you. |
| 20 | ML: | [OV] Hi. |
| 22 | CD: | [UI] |
| 24 | ML: | [UI] |
| 26 | SA: | Yeah. |
| 28 | CD: | [UI] |
| 30 | ML: | [UI] |
| 32 | CD: | [UI] |
| 34 | SA: | Like right by your office right? [UI] |
| 36 | CD: | [UI] hear this all day long? |
| 38 | SA: | [UI] |
| 40 | CD: | [UI] |
| 42 | ML: | [UI] |

2

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| 1 | SA: | Yeah. Yeah, yeah, yeah. |
| 3 | ML: | [UI] |
| 5 | SA: | Yeah. |
| 7 | ML: | [UI] |
| 9 | SA: | Yeah. |
| 11 | ML: | [UI] |
| 13 | SA: | Everyday occurrence with the trains going by. |
| 15 | CD: | I missed hearing it. For some reason [UI]. |
| 17 | SA: | Yeah. |
| 19 | CD: | [UI]. And then there was aftershock too [UI]. |
| 21 | ML: | Yeah, yeah, yeah. |
| 23 | CD: | Also, [UI]— |
| 25 | SA: | [OV] Yeah I was down—I was in Florida so I wasn't here. |
| 27 | CD: | --in Emmaus who live right by the train and it's constantly [UI]. |
| 29 | SA: | [OV] Yeah. |
| 31 | CD: | Um just let me confirm some information. So, in 2020, you lived at 541 Citrus Drive in Frostproof, Florida? |
| 34 | ML: | Yeah. |
| 36 | CD: | [UI]. Does 2020 sound right? |
| 38 | ML: | Yeah it was [UI] I'm just trying to think of the exact…moved down there briefly bought a house… |
| 41 | SA: | Yeah. |
| 43 | ML: | Twenty-twenty…yeah I think, yeah. |

3

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████
Disc Number:  1A1
JKL

| | | |
|---|---|---|
| CD: | [UI] 2020. Um and then—so you're from here originally? | |
| ML: | Yeah. [UI] | |
| CD: | And then what made you move to Florida? What's it called? Frost… | |
| ML: | Frostproof. | |
| CD: | Frostproof. | |
| ML: | So, I don't know. It was kind of a [UI]— | |
| SA: | [OV] Something new? | |
| ML: | Yeah I was going through like just bad breakup. | |
| SA: | Yeah. | |
| ML: | Thought maybe that would be the answer. | |
| CD: | Trying to get away. | |
| ML: | [OV] Wasn't really the case I guess. | |
| SA: | Yeah. | |
| ML: | I missed home too much to be honest. | |
| SA: | Yeah. Where— | |
| CD: | [OV] [UI] your family's up here? | |
| ML: | Yeah everybody and then what's funny is my sister and brother-in-law moved down there like a couple months after I got back. | |
| SA: | Oh really? | |
| ML: | Yeah. | |
| CD: | To the same place? | |

4
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | ML: | No. They moved to uh they lived in like North Port—like North Port, Florida |
| 2 | | which is west coast. |
| 3 | | |
| 4 | CD: | Right. Where's Frostproof? |
| 5 | | |
| 6 | ML: | It's in the center. Center of Florida so like south of— |
| 7 | | |
| 8 | CD: | [OV] Is it like 'cause of it doesn't snow there? That's where they got the name? |
| 9 | | |
| 10 | ML: | [OV] I guess. |
| 11 | | |
| 12 | [Laughter] | |
| 13 | | |
| 14 | CD: | Um and then what's your date of birth? |
| 15 | | |
| 16 | ML: | ████████████████████████████ |
| 17 | | |
| 18 | CD: | And your email? |
| 19 | | |
| 20 | ML: | ████████████████ |
| 21 | | |
| 22 | CD: | ████████████ |
| 23 | | |
| 24 | ML: | ████████ |
| 25 | | |
| 26 | CD: | ████████████████. Um…and then—so you're from here but you moved to |
| 27 | | Florida around COVID? |
| 28 | | |
| 29 | ML: | Yeah. |
| 30 | | |
| 31 | CD: | A risky time. |
| 32 | | |
| 33 | ML: | It was crazy because it was I guess it was actually during…right cause— |
| 34 | | |
| 35 | CD: | Well I know because I moved here during COVID and it was March 2020. |
| 36 | | |
| 37 | ML: | 2020 yeah. |
| 38 | | |
| 39 | CD: | [OV] That's when COVID started. |
| 40 | | |
| 41 | ML: | So it would have been—yeah it would have been after the summer so maybe |
| 42 | | looking at like September? |
| 43 | | |

5
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| 1 | CD: | Okay. |
| 3 | SA: | Okay, yeah. |
| 5 | ML: | And then um… |
| 7 | CD: | Stayed down there for how long? |
| 9 | ML: | On and off I mean I was—I got a new job down there so I was on and off I was |
| 10 | | down there up here uh just kinda moving stuff, so. |
| 12 | CD: | Were you working in insurance down there? |
| 14 | ML: | Uh Geico, yeah. |
| 16 | CD: | Geico. |
| 18 | ML: | Lizard. Uh gecko. |
| 20 | SA: | Yeah. |
| 22 | ML: | Um but yeah then moved back officially…I don't know 'cause I rented out the |
| 23 | | house I owned down there for a while. Maybe about a year? |
| 25 | CD: | You were down there about a year? And then moved back in 2021? |
| 27 | ML: | 2021? Yeah. Early. |
| 29 | CD: | That was a quick trip. |
| 31 | ML: | Yeah. Rented out the house I had down there for like a year, maybe. Then sold it. |
| 33 | CD: | But you rented it to someone else and you moved back up here. |
| 35 | ML: | Yeah. Lived with my parents. |
| 37 | CD: | Where is—where are your parents at? |
| 39 | ML: | Uh they were at the time at ████████████ In Ottsville. |
| 41 | CD: | Ottsville. Okay, is that where you're born, raised? That sort of thing? Where's |
| 42 | | Ottsville from here? |

6

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| 1 | ML: | Uh you know where Doylestown is? |
| 3 | CD: | Mhhm. |
| 5 | SA: | Oh okay. |
| 7 | CD: | [UI] |
| 9 | ML: | [UI]. So like um ten minutes maybe? |
| 11 | CD: | Okay. |
| 13 | ML: | So it's probably like 35 minutes from here. |
| 15 | CD: | Well we appreciate you meeting with us. Um, we don't want to beat around the bush and waste a lot of your time. But we want to talk with you about something that happened in 2020. |
| 19 | ML: | Okay. |
| 21 | CD: | So, we know that you voted twice in the presidential election in 2020. You voted in person in Florida and then you voted by mail in Pennsylvania. |
| 24 | ML: | So… |
| 26 | CD: | [OV] We want to give you an opportunity— |
| 28 | ML: | [OV] Yeah |
| 30 | CD: | to tell us— |
| 32 | ML: | [OV] Yeah. |
| 34 | CD: | [OV] how that happened. |
| 36 | ML: | [OV] I can tell you exactly what happened because I mailed in the thing and I didn't even really think about it. And because at the time I was switching everything over. And so I don't know if I had mailed it before I did it…like it was not something I did intentionally. |
| 41 | CD: | Yeah and that's— |
| 43 | ML: | [OV] uh but— |

7

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████
Disc Number:  1A1
JKL

| | | |
|---|---|---|
| CD: | [OV] You know we're not here to— | |
| ML: | I then—I guess—I was in person there and got my license so I wanted to make sure my vote counted and so I went and voted. | |
| CD: | Okay. | |
| ML: | And I guess I probably shouldn't have since… | |
| CD: | So walk me—let's step back a little bit. So, you—when did you obtain the mail-in ballot? | |
| ML: | It would have been early. Because I remember filling that out when I still had all my PA stuff. Cause it took me a while to switch everything over. Um…date-wise so I don't—I… | |
| CD: | So you moved to Florida around August or September—August of 2020? Cause your—well I'll just—your driver's license was issued August 11th, 2020. | |
| ML: | [OV] 11th is when I got it issued yeah. | |
| CD: | Okay. | |
| ML: | So but I feel like I had my ballot before that [UI]. | |
| CD: | So you think you had your mail in ballot for Pennsylvania before? | |
| ML: | Yes. I really don't know. Like to be really honest. So long [UI]. | |
| CD: | [OV] That's okay. And we just want you-- | |
| SA: | [OV] Yeah no no no that's totally fine. Like we just got—like we're just trying to figure out kind of what-- how this all happened. | |
| ML: | I think a lot of it just happened because I was moving back and forth during an election year I just…wanted to make sure that… | |
| SA: | [OV] Yeah yeah you got your vote in. Yeah. | |
| CD: | [[OV] Your vote counted | |
| ML: | [OV] My vote was heard. | |

8
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ██████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| SA: | Yeah. |
| ML: | Um, never was like an intentional to thing to..,. |
| SA: | Yeah. |
| ML: | [UI] |
| SA: | Yeah. |
| CD: | We're not even—we're not even saying that we just want to make sure that we understand what happened and then also how we can prevent anything like this happening in the future. You know? |
| ML: | Yeah. Uh so yeah uh but to go back on that I sent the mail-in ballot in. |
| CD: | Do you know when you mailed it in? |
| SA: | I mean we're going back what almost four years now so. |
| ML: | I mean the election's what November third roughly time-wise— |
| SA: | [OV] It's a lot. |
| ML: | [UI] |
| CD: | Yeah. |
| SA: | Yeah it would be in November. |
| ML: | Because I really do feel like I got it early. |
| CD: | I've never mailed in a ballot in Pennsylvania so I don't know but I— |
| ML: | [OV] And I feel like it was also a new thing too because I don't ever remember even getting anything because-- |
| SA: | [OV] Yeah I think because of COVID. |
| ML: | --I think also what screwed it up too is, you had to send—during that year specifically, you had to send in a thing saying if you were voting in person or in mail because of COVID. And they weren't sure like what was gonna happen. |

9

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| CD: | And was that for Pennsylvania? | |
| ML: | Right and so when I filled that out it had to have been early like maybe March? February kind of thing? | |
| CD: | So you would have mailed that in— | |
| ML: | And I was a PA resident— | |
| CD: | [OV] in PA. | |
| ML: | [OV] so I mailed that out and then when they sent me—they sent me the ballot. So I was like okay fill it out. And then also in the process of moving and everything and then so when I got my uh license in Florida I was like well I guess I need to vote in Florida. | |
| CD: | So in August of 2020 then you regis—so did you register when you were getting your license? | |
| ML: | Right. I did it all at once. | |
| CD: | You did it there. | |
| ML: | [OV] Eight-eleven would have been the day that I did it. So, license, register to vote would have been probably switched over to Florida. | |
| SA: | Yeah. | |
| CD: | Let me just see if we can get a date on here. So uh when you filled out the ballot uh in person let's talk about the in-person ballot. | |
| ML: | So going to—in Florida. | |
| SA: | [OV] In Florida. | |
| CD: | [OV] In Florida. Yeah where'd you vote? | |
| ML: | Where did I vote? | |
| CD: | Mhm. | |
| ML: | Uh I think it was at church? In Frostproof? | |

10
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ██████████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| CD: | Okay. | |

ML:     Somewhere like around there.

CD:     And can you just walk me through—I know it sounds stupid I just want to make sure that I know how the Florida ballot system works.

ML:     Sooo…yeah so I—alright I'm starting to like come back to me I remember parking across the street, I walked over, there was a long line, so I waited in line. Line went through, I went through the door.

CD:     Was it nighttime, was it daytime?

ML:     It was after work so it was still light outside when I was finished it had started—the sun was setting so it started to get dark. Um went, you know went inside, voted—they had like the—I think they already had the I wanna say it was electronic. I feel like.

CD:     You think it was a—

ML:     It was--it was like it was different because I remember different than I remember before. Um.

CD:     Can you describe it to me?

ML:     I just remember it was weird because they took my ticket with my thing and then they put it like [UI]. I don't remember if they slid it into the thing. Cause normally I—alright so PA used to take, I don't remember what it is now, but when I first started voting we slid in the thing like they took the card from you and slid it in and press it—you pressed the buttons.

CD:     [OV] After you fill out you're talking about? After or before you start filling it out?

ML:     I only ever remember pressing prompts. So like here's your presidential candidate you hit you know you're either Republican or whatever in the box and then you hit the button. And then I remember just like voting right?

CD:     And this is in Florida?

ML:     This is in PA. I'm trying to spark my memory because I remember it was different.

11
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | CD: | [OV] Okay, okay. |
| 3 | ML: | When I went there it wasn't the same. |
| 5 | CD: | Another train? |
| 7 | SA: | Yeah. |
| 9 | ML: | I just can't remember if it was [UI] or if it was electronic. But either way I remember giving my ticket, I still had it. Like and I gave it to somebody at the end. |
| 13 | CD: | So when you vote, this is from my experience, not saying for you but you know at least in PA, you fill something out. And the once it's filled out you walk it over to someone. Is that…think about it [UI]. |

[Loud train noises]

SA: Nice-nice slow train right now. That's gonna be a long one.

[Loud train noises.]

ML: So last time [UI]

CD: [UI] too close [OV]

ML: So last time I voted was here. So uh it would have been maybe 2022.

CD: 22? Right, okay.

ML: Um it was paper. And I did fill it out. That I do remember, right but every time before that I've never filled it out like a paper ballot.

CD: Okay. So in Florida…

ML: I don't remember filling out a paper ballot. Like it was all like—

CD: [OV] Think it was like an electronic ballot.

ML: Yes and then but I gave my card at the end to like a whatever you call those [UI] like a

CD: Poll

12

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| ML: | Yeah or whatever yeah they put it in the machine and then they [UI]. | |
| CD: | Okay and then they give you a sticker. | |
| ML: | Yeah. | |
| CD: | Okay. Um well can you describe what you saw on the—on the screens? In the actual voting portion. | |
| ML: | Well let's see at the time it would have been what Trump and uh… | |
| CD: | Trump and Biden would have been the options for president. | |
| ML: | [OV] Okay yup. And then I don't even remember [UI] | |
| CD: | Uh it could have been—in Florida it could have been Marco—no Marco Rubio's in Florida. | |
| ML: | Maybe, possibly. Sounds familiar. Um but I just they were all togeth—like so you start with your presidential and go down from there. | |
| CD: | And how did you fill all that out? | |
| ML: | You hit a button. And it picks your—so they blink from what I remember. | |
| CD: | Okay. | |
| ML: | But I could be mixing up PA and Florida now. | |
| CD: | That's okay. Whatever—what you remember. | |
| SA: | [OV] Yeah. | |
| ML: | But you hi—so they're all blinking so like they-they set it they blink and then you hit it. And it basically like pre-locks it in. And then you could go— | |
| CD: | ███████████████████████ | |
| ML: | ████ ███████. | |
| CD: | And then did you vote for Senator? | |

13

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ██████████████
Disc Number:  1A1
JKL

| | | |
|---|---|---|
| 1 | ML: | Yeah but I don't remember [UI]. |
| 3 | CD: | And then judges. |
| 5 | ML: | Yeah and then once you do everything it like locks it in [UI] so then it's it's— |
| 7 | SA: | Then you just walk away and that's it? |
| 9 | ML: | And then you give them—then you walk over your thing and give it to the person they put it in the machine. |
| 12 | CD: | What do you walk over? |
| 14 | ML: | Like a-a slip. |
| 16 | CD: | Like something prints out of the machine? |
| 18 | ML: | I don't remember if it printed out or if it was there. Again I'm trying to remember 'cause… |
| 21 | SA: | Did you have to sign anything? |
| 23 | ML: | I remember— |
| 25 | SA: | [OV] Can you recall signing anything like either on the compu—electronic or in paper? |
| 28 | CD: | Like when you walk in they usually— |
| 30 | ML: | Yeah I know here there's a sign in book. |
| 32 | CD: | They usually—you have to show your driver's license. |
| 34 | ML: | [OV] And you sign in. |
| 36 | CD: | Right. |
| 38 | ML: | But I don't remember if there was or not 'cause—actually yeah there was, yeah. |
| 40 | CD: | Yeah when you walked in there was a bunch of— |
| 42 | ML: | [OV] Yeah, yeah, yeah. |

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | CD: | Elderly people |
| 3 | ML: | Usually yeah. |
| 5 | [Laughter] | |
| 7 | ML: | Yeah, yup, yes I do believe I signed the book there. Yeah. |
| 9 | CD: | Okay. |
| 11 | ML: | To sign in. |
| 13 | CD: | You sign—yeah 'cause and you give 'em your ID. |
| 15 | ML: | Yeah I gave—and because it was my first time I had to—yeah, right. So I had to give them my ID. |
| 18 | CD: | And then they make you sign. |
| 20 | ML: | Right. |
| 22 | CD: | And then that's how—now in PA that's how you get your ballot. In Florida, you're saying it's electronic so— |
| 25 | SA: | Then you just do it all on the computer? Like you walk to somewhere and do it on a… |
| 28 | ML: | Yeah cause they had like stations set up. So like, like one, two like across the table. There's one like over here and then there's like two over here. And now I'm starting to wonder if it was paper. Because I remember—so in Pennsylvania going back sorry I know this is— |
| 33 | CD: |  No you're fine. |
| 35 | SA: |  [OV] Nope you're good. |
| 37 | CD: | We know we're asking— |
| 39 | SA: | [OV] You're recalling the last---four years ago so it's a lot. |
| 41 | ML: | In Pennsylvania, every time that I had voted before the last time, so before 2022 I voted at the Ottsville Firehouse and they had these like real old machines. And I even remember when I went with my parents and they voted it was the same |

15

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ▮▮▮▮▮▮▮▮▮▮
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | | thing so I knew exactly what it was. You hit the buttons and then you hit the thing |
| 2 | | but there they never gave you anything so you just walk out. |
| 3 | | |
| 4 | CD: | Okay. |
| 5 | | |
| 6 | ML: | So now I'm starting to think Florida was handwritten and that's why it felt |
| 7 | | different because it was all on a ballot that you had to fill out. |
| 8 | | |
| 9 | CD: | Okay. |
| 10 | | |
| 11 | ML: | And then you had to give it over to the pollster and they validated it by putting it |
| 12 | | in I think that sounds more correct. |
| 13 | | |
| 14 | CD: | Okay. |
| 15 | | |
| 16 | ML: | So, that I believe is what it is. I don't think that electronic is true. |
| 17 | | |
| 18 | CD: | [OV] So not the electronic. |
| 19 | | |
| 20 | ML: | [OV] So disregard all of that I apologize. |
| 21 | | |
| 22 | [Laughter] | |
| 23 | | |
| 24 | SA: | No it's good. |
| 25 | | |
| 26 | ML: | That was my PA remembering and then I do remember it being different in Florida |
| 27 | | but I couldn't remember why. The why is because it was on paper. And I had |
| 28 | | never filled out a paper ballot in my life. |
| 29 | | |
| 30 | CD: | Okay. |
| 31 | | |
| 32 | ML: | And so then when I came and voted here in twenty-two they gave me a paper |
| 33 | | ballot and I was like oh okay I guess we're doing the same thing. |
| 34 | | |
| 35 | CD: | So then that was your Florida experience, got a sticker… |
| 36 | | |
| 37 | ML: | Got a sticker… |
| 38 | | |
| 39 | CD: | Went back to your house. |
| 40 | | |
| 41 | ML: | Went home yeah. |
| 42 | | |
| 43 | CD: | Were there long lines to vote in Florida? |

16

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ▉▉▉▉▉▉▉▉
Disc Number:  1A1
JKL

| | | |
|---|---|---|
| ML: | Yeah I mean it probably took me from the start to finish like a half hour, forty five minutes. | |
| CD: | Yeah. | |
| ML: | Roughly. | |
| CD: | Um Florida's the state that had the like twenty uh when was that twenty twelve— remember all the elderly people had trouble voting? | |
| ML: | Yeah. | |
| CD: | So, what you're saying makes sense in terms of like filling out the-the paper ballot. | |
| ML: | Okay. | |
| SA: | [OV] Going back to old school. | |
| CD: | So then—okay, anything else you wanna say about that experience? | |
| ML: | Just that it was different and something I hadn't done— | |
| SA: | [OV] When you sent the-the your mail in from Pennsylvania did you ever get like a confirmation? Or… | |
| CD: | Well yeah let's talk about—let's talk about that one. So you said that you pre— like pre ordered or pre— | |
| ML: | Yeah. | |
| CD: | Asked for the mail in ballot. | |
| ML: | Right. | |
| CD: | And you think you did that before you moved in August 2020. | |
| ML: | That would've been well before. Because I remember—I just remember they— you had to like elect that you were gonna get a mail in ballot for that year. And I don't know if it's the same anymore because I really-I don't mail in ballot, I go to vote, but— | |
| CD: | [OV] Yeah. | |

17
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| ML: | I don't know if it's the same. I don't know if you have to every time you elect you have to elect like a mail in ballot. I don't know. But I do remember that year just because of everything going on you had to like elect—I think – | |
| CD: | [OV] Well they don't send out mail in ballots to everyone you have to ask for one. | |
| SA: | [OV] Yeah | |
| ML: | [OV] Right you have to basically state that you need it, right, like you whatever and I guess because of COVID that's what we did. I remember I think my whole family did it. | |
| CD: | So then you uh in August 2020 when you moved around August of 2020 you took the ballot with you to Florida. | |
| ML: | Nope. | |
| CD: | No what did you do? | |
| ML: | Filled it out here. | |
| CD: | You filled it out here? | |
| ML: | Yeah and sent it in. | |
| CD: | And mailed it from here? | |
| ML: | Right. | |
| CD: | Um and describe to me that process. Same way that you just described the Florida one. | |
| ML: | Well so it was paper. | |
| CD: | Okay. | |
| ML: | So it was all filling out the bubbles I believe which is, you know, same thing, president. | |
| CD: | And you did the same? | |
| ML: | Same yeah nothing different. | |

18

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | | |
| 2 | CD: | Same on both? |
| 3 | | |
| 4 | ML: | Yeah. |
| 5 | | |
| 6 | CD: | Ballots. |
| 7 | | |
| 8 | ML: | I mean obviously like the state level changes like representatives but yeah. |
| 9 | | |
| 10 | CD: | President was the same? Uh I don't remember senators. |
| 11 | | |
| 12 | SA: | Yeah. |
| 13 | | |
| 14 | CD: | Being—in 2020. Probably-probably no Susan Wild— |
| 15 | | |
| 16 | ML: | Fitzpatrick? |
| 17 | | |
| 18 | CD: | Bob Casey? Or um… |
| 19 | | |
| 20 | ML: | [Whispers] Casey. |
| 21 | | |
| 22 | SA: | So when you filled that out like well I'll show you this, does this uh did you have |
| 23 | | to sign something? Or like— |
| 24 | | |
| 25 | ML: | Sign the ballot? |
| 26 | | |
| 27 | SA: | Yeah. |
| 28 | | |
| 29 | ML: | Yeah. |
| 30 | | |
| 31 | SA: | Okay well anything else like that? |
| 32 | | |
| 33 | CD: | [OV] Yeah so this—he's showing you a copy—this is what you sent in and this |
| 34 | | is what you signed. |
| 35 | | |
| 36 | ML: | Yeah. |
| 37 | | |
| 38 | CD: | Right? |
| 39 | | |
| 40 | SA: | We don't have like—we voted we don't have your [UI]. |
| 41 | | |
| 42 | ML: | [OV] So it was later than I thought cause I honestly didn't think it was that late. |
| 43 | | |

19

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ▮▮▮▮▮▮▮▮
Disc Number:  1A1
JKL

| | | |
|---|---|---|
| 1 | CD: | Yeah you filled out your address you filled out your name, you signed right here. |
| 2 | | Right? |
| 3 | | |
| 4 | ML: | Yup. |
| 5 | | |
| 6 | CD: | That's you? |
| 7 | | |
| 8 | ML: | Yeah. |
| 9 | | |
| 10 | CD: | Yeah? Um and I'm trying to think, who was the big tall senator? From |
| 11 | | Pennsylvania? |
| 12 | | |
| 13 | SA: | I don't know. |
| 14 | | |
| 15 | CD: | He had a stroke. |
| 16 | | |
| 17 | ML: | Oh. |
| 18 | | |
| 19 | SA: | Oh. Fetter—uh |
| 20 | | |
| 21 | ML: | Fetterman. |
| 22 | | |
| 23 | CD: | Fetterman my God so those kind—he also would have been on the ballot. |
| 24 | | |
| 25 | ML: | Wow that's that long ago. |
| 26 | | |
| 27 | CD: | I think. |
| 28 | | |
| 29 | SA: | Ah that could have been 22. |
| 30 | | |
| 31 | CD: | That could've been 22? |
| 32 | | |
| 33 | SA: | Yeah. |
| 34 | | |
| 35 | CD: | Nevermind. |
| 36 | | |
| 37 | SA: | It was 22. |
| 38 | | |
| 39 | CD: | Okay but so filled out the ballots, voted for president, same person, voted for…uh |
| 40 | | I'm sorry you're nodding, that means yes to you right? Um senators, |
| 41 | | congresspeople, judges? All those random? Judges? |
| 42 | | |
| 43 | ML: | Yeah. |

20
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| CD: | | Yeah? Um and then how like how did you mail it? From— |
| ML: | | I think they gave you an envelope. |
| CD: | | They gave you an envelope? |
| ML: | | Yeah to seal it up and I guess it—I don't know if it was pre-stamped or not I don't remember. |
| CD: | | Okay and then were—and then you mai—you took it to the post office or did you drop it off in a ballot box? |
| ML: | | Post office I think? |
| CD: | | You think the post office? |
| ML: | | Yeah. I don't remember if I gave it to somebody or if I just like dropped it off in the mail like [UI]. |
| CD: | | Okay. |
| ML: | | Maybe? |
| CD: | | So you got a pretty good memory, right? |
| ML: | | Trying! Really trying I mean it was four years ago. |
| CD: | | [OV] You're doing—I mean you've gotten—you're doing a pretty good job. |
| ML: | | I could—I feel like I dropped it off at the outgoing mail thing. To the best of my knowledge [UI]. |
| CD: | | And was that in Pennsylvania or was that in Florida? |
| ML: | | I—yeah cause I remember filling it out at my parent's kitchen table. |
| CD: | | In-in Pennsylvania? |
| ML: | | Yeah. |

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| CD: | So I—we know you're not being a hundred percent honest with us and maybe it's a memory maybe it's cause it's been a while but you saw it too. Plainly here, you signed this on October 31st, 2020. | |
| ML: | Yeah. | |
| CD: | So that's when you—that's when you filled this out. | |
| ML: | Right. | |
| CD: | And that's when you mailed it in. I wanna believe you. I wanna believe that it was a mistake, but if you're gonna lie about this kind of stuff, I don't believe you. | |
| ML: | I'm not—I don't remember [UI]— | |
| CD: | So and I don't want it to seem like we're hiding stuff from you—is that gonna blow away--I just wanna—I'll show you what I'm looking at. Okay, so we're looking at this. Voter declaration. That's your signature. 10/31/2020, Halloween, right? | |
| ML: | Yeah. | |
| CD: | That's your name. That's the Otts—Ottsville address, you signed it. This is your voter declaration. And that's how you voted mail in. In Pennsylvania. Um this is just when you register, you registered from 2012. Now…and here, that's your signature right there right? On the—this Florida poll. | |
| ML: | Mhhm. | |
| CD: | You signed it here, your Frostproof address on Citrus Drive, registered Republican, that's your date of birth. 12/25/93. And this is four, five days later. Five days after you filled out the Pennsylvania ballot. So I wanna believe you. | |
| ML: | Yeah. | |
| CD: | But something's not making sense with that. | |
| SA: | Like why did—so why did you vote? Like if you mailed it in, why would you go and vote in person? | |
| CD: | [OV] Five days later. You didn't forget. You did not forget that you—that you mailed it in. | |

22

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | ML: | [OV] No it wasn't a forget thing I guess I just—honestly I-I think it was just |
| 2 | | because I was worried that my vote here wasn't gonna count. Cause I was no |
| 3 | | longer a resident [UI] so I guess I was just—I don't know. Like it—I had done |
| 4 | | everything with my license but it was so new that I didn't know—I didn't know |
| 5 | | where [UI]. I-I don't know. I should've never mailed in the ballot but because I |
| 6 | | got it from PA like— |
| 7 | | |
| 8 | SA: | Yeah. |
| 9 | | |
| 10 | ML: | I—everything was moving and I don't know. |
| 11 | | |
| 12 | CD: | You—but so you voted for the same president twice at least. |
| 13 | | |
| 14 | ML: | Right. |
| 15 | | |
| 16 | CD: | Right? Do you have any concerns about that? Did you hear stuff in the news about |
| 17 | | elections and— |
| 18 | | |
| 19 | ML: | [OV] Yeah I mean it's very concerning. Yes. |
| 20 | | |
| 21 | CD: | [OV] Election security. |
| 22 | | |
| 23 | ML: | [OV] One of those—one of those should not have counted. A thousand percent. |
| 24 | | |
| 25 | CD: | [OV] Have you been thinking about this for the past few years? |
| 26 | | |
| 27 | ML: | I mean I thought about it when you know if one of them would've counted I-I just |
| 28 | | thought the one that I did in person would have counted [UI]. |
| 29 | | |
| 30 | CD: | Would have counted more? |
| 31 | | |
| 32 | ML: | No would have just counted period. |
| 33 | | |
| 34 | SA: | You'd know because you were there, you submitted it… |
| 35 | | |
| 36 | ML: | [OV] I knew because I did it that I felt more secure. I never mailed in a ballot |
| 37 | | before, it was COVID, I just, I don't know. And I couldn't vote here because I |
| 38 | | had to change everything over so. |
| 39 | | |
| 40 | CD: | But you mailed in the ballot five days ahead of—five days before. |
| 41 | | |
| 42 | ML: | Right because I had already gotten it. That's why. |
| 43 | | |

23

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: <span style="background:black">▮▮▮▮▮▮▮▮</span>
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | CD: | Okay. |
| 3 | ML: | That's the why. I-I didn't honestly think that it would count or I was concerned that it would count. That's why I voted in person. |
| 6 | CD: | Do you think there's anything wrong with voting for the same person twice? |
| 8 | ML: | Yes. |
| 10 | CD: | And do you understand why we take this really seriously. |
| 12 | ML: | A thousand percent serious yes. |
| 14 | CD: | I mean I know that you don't have a criminal background. I know that you you follow the rules, you change your driver's license every time you move to a- to a different place. It seems like you follow the rules but this one time you just— you didn't follow the rules. |
| 19 | ML: | I guess it was more of just like a again I swear like this wasn't something that I did intentionally. Like nobody was like—I don't know—I just—I didn't do it to like defraud—like it wasn't an intentional act to like do anything wrong. I mean I know you probably find that hard to believe [UI] circumstances but [UI]. |
| 24 | CD: | Did you do anything to rectify the situation? Did you try to call the Pennsylvania I don't know like a board of elections in the county? No? Did you talk to your fiancé about it? |
| 28 | ML: | I talked to my parents [UI] |
| 30 | CD: | What'd you—what'd you guys say? |
| 32 | ML: | I told them that I had voted in Florida and they questioned [UI]. |
| 34 | CD: | Why did they say that? |
| 36 | ML: | Well because I guess since you know I had mailed in a ballot. |
| 38 | CD: | So that—your parents knew that you mailed in the ballot and then you voted in person. |
| 41 | ML: | Well I told them. |
| 43 | CD: | Because you were worried about it. |

24

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ██████████████
Disc Number:  1A1
JKL

| | | |
|---|---|---|
| ML: | Not that I was necessarily worried about it I-I told them what happened [UI] I mean I had said that I had mailed in a ballot but yeah I guess I should have [UI] cancel or try to rectify it. [UI] | |
| CD: | But so when you mailed the ballot on October 31st, five-ish days—five, six days later depending on when the election was. Uh I'm sorry it was November 3rd 2020. | |
| SA: | [OV] It's the third. | |
| CD: | [OV] I kept saying November 5th 2020. November 3rd 2020. 3 days later. You're like I'm gonna go in person and I'm gonna vote again. Okay. | |
| ML: | Just because again there's just a lot of—it was just the fact of moving and I… | |
| SA: | Yeah difficult time to move with like the— | |
| ML: | [OV] And Cov—yeah during COVID and everything and everything else. | |
| SA: | With the election coming up and not knowing where the vote would count. | |
| ML: | [OV] I really just wanted to make sure my vote counted. | |
| SA: | Yeah. | |
| ML: | That was it like, had it been here I would've just voted in person here. | |
| SA: | And there were no—were there any other like did you get multiple ballots or one ballot or were these the only two instances like you would've only voted twice? | |
| ML: | I would've only voted twice. | |
| SA: | Okay. Yeah I don't have any—we don't have anything that would say otherwise but um— | |
| CD: | [OV] Just wanna make sure. | |
| SA: | Just wanna make sure. I mean it's clear like I know it's a lot to recall four years ago and honesty is the important part so I mean we have a date of October 31st not mailing it from not mailing it from Pennsylvania because you were October 31st you were down in Florida. Um…so that's why it's like I mean—that's—I mean is this—where's it at—like does this look like your handwriting and everything? | |

25

**UNCLASSIFIED**

File number: ███████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| 1 | ML: | That looks like my signature. |
| 3 | SA: | Yeah. Do you remember filling this out at all? With the date and your name, address, all that? Cause here you have to— |
| 6 | CD: | Yeah. Yeah he does. |
| 8 | SA: | Yeah sign that and all that so. Well you're a—I mean you're aware like that I mean upcoming election—like you can't do that again. And I think—I mean you're in different circumstances now with you don't plan to move to Florida in the next—you're not gonna do that now but like you're not gonna move somewhere else in a weird timing with the election coming up and vote twice. |
| 14 | ML: | And even if I did I you know would make sure that— |
| 16 | CD: | How do we know to believe you? You said you wanna make sure your vote counted how do we know that was the only time. |
| 19 | ML: | That I ever did this? |
| 21 | CD: | That you're not gonna do it in the future? |
| 23 | ML: | Because I have no reason to. This was an honest mistake I would never do something like that. I believe that our system is meant to be what our system is [UI]. This wasn't an intentional act. |
| 27 | CD: | It was—okay. But it was an intentional act to make sure that your vote counted at the end of the day. |
| 30 | ML: | I wanted to make sure my vote counted. |
| 32 | CD: | [OV] Yeah. |
| 34 | SA: | Yeah. |
| 36 | CD: | And I think we can appreciate that. |
| 38 | SDA: | Yeah, yeah and that's totally fine I mean I—that makes sense like you don't know if—yeah you get there in time and by the time they get it they see you're a Florida resident so is your vote in Pennsylvania gonna count? That's why you wanna go in Florida in person because then you're a resident— |
| 43 | ML: | In Florida. |

26

**UNCLASSIFIED**

File number: ██████████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| SA: | At that time. | |

ML: Right. Which is the vote that—honestly the vote that was gonna count was Florida. I thought—I don't know PA would've been—

CD: What'd you think was gonna happen with your PA ballot?

ML: Gotten like—I don't wanna say cancel but like—

SA: Yeah. denied or.

ML: Yeah just that it would've not went through. I guess that was my biggest concern too is also just I wanted to vote in person because I knew that it was—

CD: Because then you know for sure.

ML: I knew that I did it.

SA: Yeah.

ML: There was a lot of stuff going on with our USPS during the time like I just…

CD: But you knew also that you had mailed a ballot in.

ML: Right so I should've just—that's where—

CD: Four days, three days, four days before. Right? Um well we appreciate you talking with us I know we—we're in a random parking lot um you know—we're just here to get information, to get the facts, to figure out what happened. We—I think you're being honest with me. I think there's a little bit of issue with the date but—

ML: There's—yeah.

CD:  We'll chalk it up to—

ML: I mean I really did think that I sent that in earlier but now that you show me the date clearly that's not true. Um but yeah, cause I do remember them sending out a thing saying like you know you need to either you know do a mail in ballot so we can send it to your address.

CD: Mhm.

27
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | ML: | I do remember that and I feel like it was super early. |
| 3 | CD: | And that's possible when you could've asked for the mail in ballot. |
| 5 | ML: | Yeah and then I guess also too because I got it I was like I feel the need to fill this out but then I wasn't a PA resident so… |
| 8 | CD: | Okay. |
| 10 | ML: | Like... |
| 12 | CD: | Well and I think that you felt some guilt about it—you talked about it with your parents, you were worried about it. |
| 15 | ML: | I mean yeah this is a real thing obviously I mean I'm talking to you guys—I guess me personally I should've done more to try to fix it but like I didn't even—how do you start that like? What you even do? Who do I tell? And then you know what's gonna happen then? Like— |
| 20 | SA: | Yeah. |
| 22 | ML: | There's just a lot of thoughts that go through you're mind it's like I don't even know. |
| 25 | SA: | Yeah. |
| 27 | CD: | Yeah. Um do you have any questions for us? I can—I'm gonna leave you with my card um but you probably have Sean's cell phone number. Could I—could we get your cell phone number? I think we have— |
| 31 | ML: | That's my work— |
| 33 | CD: | [OV] Is that the work number? |
| 35 | ML: | Yeah. ████████. |
| 37 | SA: | Okay. |
| 39 | CD: | And you know we say this to everybody after in any interview, it's a crime to lie to an age—to a law enforcement officer. Federal law enforcement officer during their investigation of a crime. Is there anything—knowing that, that that's the crime—is there anything you wanna change or that you wanna add or amend? |

28
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | ML: | No I mean everything I told you is what I—four years ago the best that I can |
| 2 | | remember how everything happened. You know trying to be as honest with you |
| 3 | | as I can. Don't wanna not be honest. Don't wanna [UI] |
| 4 | | |
| 5 | SA: | Yeah. No I think it all—I mean yeah makes sense. I know it's four years ago so a |
| 6 | | lot of this is kinda tough to recall but— |
| 7 | | |
| 8 | CD: | Yeah so we appreciate um you giving us this info so we take this information we |
| 9 | | write a interview um we look it over talk about it with our bosses. I don't know if |
| 10 | | you'll hear from us again. I hope you don't hear from us again. |
| 11 | | |
| 12 | ML: | So I guess my question to you is like do I need to get an attorney like am I looking |
| 13 | | at cause I know this is obviously like not— |
| 14 | | |
| 15 | CD: | I don't wanna give you legal advice I won't uh I don't wanna give you legal advice |
| 16 | | that's totally up to you if you get an attorney um— |
| 17 | | |
| 18 | SA: | If there ever comes a point of where you probably should and again this is for |
| 19 | | anyone whatever if there's any—we always would get someone an attorney—you |
| 20 | | can always get an attorney through the government if you can't afford one and |
| 21 | | that whole thing um but we would let you know ahead of time it's not like if we |
| 22 | | had to come talk to you like we're gonna get you—we're gonna tell you maybe |
| 23 | | you should get an attorney. We can't give legal advice but— |
| 24 | | |
| 25 | ML: | Sure. |
| 26 | | |
| 27 | SA: | Um yeah I mean. We don't—we don't really have control of where this goes next |
| 28 | | cause— |
| 29 | | |
| 30 | CD: | Yeah we just take—we do investigations—because you did tell us other stuff and |
| 31 | | I wanna kind of confirm it and see you know what we can confirm based on your |
| 32 | | statement because I wanna believe that you're not lying to me even though there's |
| 33 | | that little date issue but we cleared it up. I wanna believe that you're not lying to |
| 34 | | me so we'll confirm what we can from what you told us and then we take that and |
| 35 | | uh we'll talk with our bosses and see where things go. Okay? Um I would say you |
| 36 | | don't need to get a lawyer right now I mean if I was in your shoes, I wouldn't, but |
| 37 | | if you wanna talk to someone it's not a bad idea. You know? Do what you think |
| 38 | | is right. Um we're not here to arrest you obviously we would—it wouldn't just be |
| 39 | | us. We wouldn't do it in a parking lot. |
| 40 | | |
| 41 | SA: | And we wanna confirm this stuff cause this stuff too like to make sure it was you |
| 42 | | and it actually there wasn't an issue and your identity someone had in Florida and |
| 43 | | you never lived in Florida or someone got your mail-in ballot for Pennsylvania |

29

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number: 1A1

JKL

|   |   |   |
|---|---|---|
| 1 |  | and filled it out for you and it really wasn't you. So we just gotta confirm that stuff cause again we don't want this to happen. I'm pretty sure you can do mail in ballots for this upcoming election so we don't wanna see any issues with that. Just— |
| 6 | CD: | And we wanna make sure you're not gonna do the same thing again. |
| 8 | ML: | You can watch me for the rest of my life I swear to God. |
| 10 | CD: | We don't wanna do that |
| 12 | SA: | [OV] I was gonna say I think you made it clear and like just-just based off— |
| 14 | ML: | [OV] This is like—this is just—it's crazy like I— |
| 16 | CD: | Have you been feeling some guilt about this the past few years? |
| 18 | ML: | I don't wanna say guilt but I mean like I've thought about it, you know? Like hey whatever happened to that ballot I sent in? |
| 21 | SA: | Yeah. |
| 23 | CD: | Yeah. |
| 25 | ML: | I voted in person. |
| 27 | CD: | Right. |
| 29 | SA: | Yeah. |
| 31 | CD: | And it's like you vote uh you've voted before you've been voting what how old are you know? |
| 34 | ML: | Twenty—oh my gosh I'm thirty. |
| 36 | CD: | Thirty so you've voted in what five elections? |
| 38 | ML: | I've been voting yeah all of them have been in person. |
| 40 | CD: | Yeah. |
| 42 | SA: | Yeah. It was different. |

30

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | CD: | Um but if you think of anything, you wanna reach out to me like you're at home— |
| 3 | ML: | Yeah. |
| 5 | CD: | You're driving home and you're like wait I forgot to tell her—feel free, don't be afraid. Feel free to call me, okay? |
| 8 | ML: | Yup. |
| 10 | SA: | And your fiancé—the reason why we didn't tell her what cause this is your personal business you can tell her whatever you want but we don't usually tell— |
| 13 | ML: | I respect that. You know I would do the same thing. Yeah. |
| 15 | SA: | [OV] Tell—tell significant others. But yeah. |
| 17 | CD: | Yeah we wouldn't—you can tell her— |
| 19 | ML: | [OV] I haven't even been-I wasn't even with her at the time so. |
| 21 | SA: | Yeah. |
| 23 | CD: | Where'd you guys meet, here? |
| 25 | ML: | Yeah. |
| 27 | SA: | Nice, is she a guidance counselor I heard? |
| 29 | ML: | She is yeah. |
| 31 | CD: | She didn't believe that we were FBI agents. |
| 33 | SA: | [OV] She checked uh one of the Bethlehem cops called me after which is good on her. |
| 36 | ML: | [OV] So…wait what? Called you? |
| 38 | SA: | Yeah cause she I guess the school resource officer reached out. |
| 40 | ML: | Yeah. So he's a-- |
| 42 | SA: | [OV] The Bethlehem officer works with us. |

31

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number: 1A1

JKL

| | | |
|---|---|---|
| 1 | ML: | Really? |
| 3 | SA: | Yeah. |
| 5 | ML: | [OV] So he's a good friend. |
| 7 | SA: | [OV] Not-not him but— |
| 9 | ML: | [OV] Oh different one. |
| 11 | SA: | He reached out to the girl that works with us. |
| 13 | ML: | Got it. |
| 15 | SA: | And so she was like hey just a heads up they— |
| 17 | ML: | He's a good-good friend yeah. |
| 19 | SA: | [OV] We get that a lot but yeah. |
| 21 | ML: | So I guess the only thing is cause we have like a—I'm sure you saw we have a Google like Nest cam. |
| 24 | SA: | Yeah. |
| 26 | ML: | And uh we were both at work the one day and we had like gotten notifications like that there were you know door salespeople going around you know like-- |
| 29 | SA: | Oh yeah. |
| 31 | CD: | Mhhm. |
| 33 | ML: | Or like something like that and so that's why she questioned it. |
| 35 | SA: | Yeah. |
| 37 | CD: | [OV] Yeah and that's—I mean we don't take offense to that. |
| 39 | SA: | Yeah no that's totally—I mean that's great with all the scams out there and things like that. |
| 42 | CD: | [OV] I think people— |

32

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | ML: | [OV] And with all-with all the scams now I mean it's usually phone. |
| 3 | SA: | Yeah. |
| 5 | ML: | Right? So like IRS is calling you on the phone it's usually a scam. |
| 7 | CD: | [OV] Right. |
| 9 | SA: | Yeah. |
| 11 | ML: | Um usually in person it's not. |
| 13 | SA: | Yeah. |
| 15 | ML: | But. |
| 17 | CD: | But you never—no—it's better to be—to be— |
| 19 | ML: | [OV] I mean you don't— |
| 21 | SA: | [OV] You'd be surprised at people we show our creds but then people don't ask about it again but. |
| 24 | CD: | And people want us to be in suits too. |
| 26 | SA: | [OV] So that's good on her. Yeah we don't—yeah. This doesn't—this probably isn't what you see on TV. |
| 29 | ML: | [OV] Well you know what's funny—well so the show White Collar. |
| 31 | SA: | Yeah. |
| 33 | ML: | Uh that's a—I'm watching it right now but— |
| 35 | SA: | Yeah. |
| 37 | ML: | They don't. |
| 39 | CD: | They don't wear suits? |
| 41 | ML: | The one guy does but like [UI] |
| 43 | SA: | Yeah, yeah. We're normal. Normal people. |

33
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ███████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| CD: | We try to blend in. | |
| ML: | And like Chicago PD they wear regular plain clothes. | |
| SA: | [OV] Yeah. Yeah. Yeah. | |
| CD: | Right. | |
| SA: | But. | |
| CD: | But again feel free to reach out um if you think of something, wanna talk about it. You're more than welcome to call me, okay? | |
| SA: | Don't stress about it. I think you got the truth out and it's not gonna happen again. It's—you're in a different situation but you also know not to—no to do that again but— | |
| ML: | Right. | |
| SA: | I'm not worried about it so. | |
| ML: | I know I'm sure you probably hear it all the time so I get why you would be reluctant to— | |
| SA: | Yeah. | |
| ML: | I get it you're doing your job. | |
| SA: | Yeah. | |
| CD: | Mhm | |
| ML: |  Appreciate that. | |
| SA: | Yeah. | |
| CD: | Okay. Good well it was nice meeting you. | |
| SA: | Awesome. | |
| ML: | Yeah nice meeting you too. | |

34

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████

Disc Number:  1A1

JKL

| | | |
|---|---|---|
| 1 | SA: | Thanks Matthew appreciate it sorry to take you away from getting home and— |
| 3 | ML: | Oh you're fine. |
| 5 | SA: | All that so. |
| 7 | ML: | Glad we you know— |
| 9 | SA: | Yeah ironed that out. |
| 11 | ML: | When so when uh she sent me the video of like the door she was like do you recognize these people and I was like no I don't. |
| 14 | SA: | Yeah. |
| 16 | ML: | Alright I'll look into it. And then I was like well if it's FBI I mean they know where I work so maybe they'll just show up. |
| 19 | [Laugher] | |
| 21 | SA: | Yeah. |
| 23 | CD: | We try not to go to people's jobs. We are conscious of that. |
| 25 | ML: | [OV] I respect that too. |
| 27 | SA: | Yeah. |
| 29 | ML: | Yeah it's a little. |
| 31 | CD: | I mean it depends on— |
| 33 | ML: | But— |
| 35 | SA: | [OV] Depends on what it is yeah. |
| 37 | CD: | Depends on what it is. |
| 39 | ML: | [OV] The plus side I mean you're in normal clothes so nobody really it's different if two police officers— |
| 42 | SA: | [OV] Yeah exactly. Yeah. |

35

**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ██████████
Disc Number: 1A1
JKL

| | | |
|---|---|---|
| 1 | CD: | Right, right. We try to be as respectful as we can. |
| 3 | SA: | [OV] Yeah and your neighbors like we didn't—I mean we're in normal clothes and all that, so. |
| 6 | ML: | [OV] [UI]did salespeople come over? |
| 8 | SA: | Oh asking. Yeah. |
| 10 | CD: | Ohhhh. |
| 12 | ML: | [OV] No no oh okay okay. |
| 14 | SA: | [OV] It's not pest control yeah it's a little different yeah. |
| 16 | ML: | So that's when I was like yeah it's probably targeted to us I'm just not sure what though yeah. |
| 19 | SA: | Yeah, yeah. |
| 21 | CD: | Did you think it was about this? |
| 23 | ML: | Uh-uh. |
| 25 | CD: | No? |
| 27 | ML: | [UI] |
| 29 | Sa: | Yeah. |
| 31 | CD: | Yeah. |
| 33 | SA: | Yeah. |
| 35 | CD: | Okay well good talking with you. |
| 37 | SA: | Yeah. |
| 39 | CD: | Alright? Have a safe drive back— |
| 41 | ML: | Thank you. You too. |
| 43 | CD: | Back home. |

36
**UNCLASSIFIED**

**UNCLASSIFIED**

File number: ████████████
Disc Number: 1A1
JKL

1
2   SA:         Yeah thank you, appreciate it. Time is 6:32.
3
4   [End of Recording]

37
**UNCLASSIFIED**