UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:25-cr-00386 |
| : | |
| MATTHEW ALAN LAISS : | |

**O R D E R**

**AND NOW,** this 12th day of January, 2026, upon consideration of the Defendant's Motion to Dismiss the Indictment, *see* ECF No. 18, the Government's Response in Opposition, *see* ECF No, 23, and the Defendant's Reply, *see* ECF No. 29, **IT IS ORDERED THAT**:

1. The Motion to Dismiss the Indictment, *see* ECF No. 18, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge