# Exhibit

# A

June 30, 2026

To The Honorable Joseph F. Leeson Jr., United States District Court Judge

I am writing this letter on behalf of Matthew Laiss. I will keep this brief as I understand that the court's time is valuable.

I have known Matthew for around 3-4 years. In that time of knowing him he has been nothing but a generous and kind individual. Matthew on numerous occasions had gone out of his way to help me and make my life easier without any form of compensation. Matthew did this because he is kind and looks out for those he cares for.

I have been a police officer and am entering my 12th year. I have seen a lot in my 12 years dealing with different levels of crimes and even more different individuals committing those crimes.

When this situation came to light, Matthew reached out to me and spoke with me by phone and described the situation to me, going into greater detail about his mental state at the time and described how it was a complete mistake. When speaking with Matthew I told him to tell the truth. Matthew did not contest this nor did he give me any indication that he would try to give an alternate story to the police.

Matthew went and agreed to speak with the FBI and provided his account of what happened explaining (as to what he told me) how he made a mistake.

I ask for you to please be considerate of this fact. I understand that this does not rectify the mistake that he made. He made a mistake. The key difference here and should not be lost is where was his intent. There are people who make acts with an intent to be malicious. Others make a mistake purely because they are not in the right head space or not thinking clearly.

I ask that when you consider what Matthew's sentence is that you take into consideration the full picture of the situation.

Thank you for your time and consideration in this matter.

Sincerely,

Richard Loscalzo
loscalzoricky@gmail.com

Darlene Sellers
340 Hardman Lane
Warminster, PA
267-980-7692
Darsellers71@gmail.com

May 1, 2026

To the Honorable Joseph F. Leeson Jr., United States District Court Judge

My name is Darlene Sellers, and I am the aunt of Matthew Laiss. I have known him his entire life and have watched him grow into a responsible, honest, and hardworking young man. I am writing to share my personal experience with his character.

Throughout the years, Matt has consistently demonstrated integrity and responsibility. He is someone our family depends on—supporting relatives during difficult times and stepping in whenever someone truly needs assistance. He also makes a point to spend time with his younger cousins, showing patience, kindness, and a genuine interest in being a positive influence in their lives. His strong work ethic and steady, dependable nature have been evident since he was young. His integrity is also shown by the fact that he never denied what happened; from the very beginning, he acknowledged his mistake openly and cooperated fully. He recently married a wonderful woman and has so much to look forward to in his life. Losing his job as a result of this situation has been a painful consequence, and it has made clear to him just how serious this mistake was.

I understand the seriousness of the matter before the court. My intention is not to excuse his actions, but to provide context about the person I know. It is my understanding that he mistakenly voted twice because he believed his second vote would cancel out his first one. While this was a serious error in judgment, I firmly believe it was not done with any intent to deceive or manipulate the process. In my experience, this incident is not reflective of his true character, and he has expressed genuine remorse.

I respectfully ask the court to consider these qualities when evaluating Matt. He is a good and hardworking family man who made an unintentional mistake, and I believe he has the integrity and determination to move forward in a positive direction.

Thank you for your time and consideration.

Sincerely,

Darlene Sellers

Darlene Sellers

Honorable Joseph F. Leeson Jr., United States District Court Judge

What can I say about my nephew Matt Laiss?  I could speak to the happiness he brought into all of our lives the day he was born – a Christmas gift for the family!!  He was a true light that was sent to Earth.  I could tell you about the years I watched him grow up and turn into a bright, responsible, young man.  I could make kind mention of the years we watched him struggle with balancing his career, personal relationships, his church responsibilities, his education and his family obligations all while keeping a good attitude and upbeat personality.  No matter what life threw at Matt, he was always the most caring, considerate, honest, hardworking, dedicated, trustworthy, personable, friendly, compassionate person and a real pleasure to be around.  I am thankful that he is a part of my life and I am certain I am not alone.

When my husband and I had our own sons (3 of them), Matt became the best role model for his younger, male cousins.  Matt was the first grandson to be born, and our 2 oldest sons benefited from his guidance the most.  He sharded with them his experiences and they talked about life and the similar journey they were on given what he experienced at their age, thus, molding them into better human beings.  Not that parental guidance was lacking – it was the peer influence that not all young boys/men get in a good way that helped them through some more trying times.  He also worked with them on their various sport activities (baseball, skateboarding, basketball, etc.) and "coached them" in the ways of achieving their goals to the best of their abilities.

One recent account I recall is on a very hot summer day 1 - 2 years ago, Matt drove 45 minutes from his home in Bethlehem to my parents' home in Warminster to detail my sons' girlfriends' vehicle. While everyone else was swimming and enjoying the day, Matt did the job that he was there to do. It took several hours!!  He removed seats, vacuumed and wiped every inch of that car.  We did not hear one negative word from him as he attacked his task and made that car look like new – inside and out.  He did not take a single short-cut and he did not stop to jump in the pool and cool off or indulge in the pizza he was offered…not until the job was done and he was personally satisfied with the results.

I hope this short story proves to you what an upstanding guy Matt is.  He is dedicated, hardworking, and honest.  The world could use more people like Matt!  Please read these heartfelt words and consider them before deciding how your judgement will affect this bright man's future.

Thank you for your time,

Cindy Ward – proud aunt of a wonderful human being
cmomma3@gotmail.com

Dear Honorable Joseph F. Leeson Jr., United States District Court Judge

I am writing to you today on behalf of my son Matthew Laiss. There are so many things I want to say but it is difficult to put into words all the thoughts in my head. I want you to understand what kind of person my son truly is. He is a wonderful son, grandson, brother, cousin and friend.

He is always helping others anyway he can. Very kind and thoughtful. As a young boy his friends' parents always welcomed him back for play dates. They said he was a good friend and well behaved. As he grew into adulthood I have had the pleasure of meeting his adult friends, acquaintances and colleagues. All are of the same opinion that he is caring, friendly, hardworking and a good friend. It's not that I seek these opinions of him but rather these people have approached me asking if I am Matt's mom and they always have a positive opinion of Matt. Matt comes from a close knit family. He has 2 sisters. One older and one younger. He has always looked out for them. Of course they would have their moments but he was always there for them. Whether it was playing games, dolls or Barbie's with them when they were younger to being there for them when they went through a break up with a boyfriend. He taught his younger sister how to ride a bike with much love and patience. He is the  first grandson on both sides. His grandparents on both sides are still living and love him deeply. They pray for him daily. There are many aunts and uncles that love him and want nothing but the best for him. He is the oldest male cousin. His younger cousins have always looked up to him and would seek him out at family gatherings to play games. He always makes sure that nobody is left out. Our family is there for each other even when things are not ideal. What affects one person will ultimately affect the family.  We go on family vacations. I am so happy that my kids want to still go on vacations with us and that we all get to spend time together. I am looking forward to the day when I may have grandchildren on these vacations. We also have been on a few larger family vacations with grandparents, aunts, uncles and cousins. Matt was raised going to Sunday school and church services 2 times a week. He is well liked in our congregation. Matt and our family have a strong sense of faith. This is what has got us through this year, as well as love of family and friends. Our church has a yearly word. This year was "Do not be afraid. Just believe".

When I heard these words I felt like I was being spoken to directly. I hold on to these words and pray daily for my family but especially my son. We were taught that things happen for a reason. I have to believe there is a reason for everything that has happened this past year. The outpouring of love and support from family and friends shows what type of person he truly is. Matt recently married the love of his life. As a young married couple they already have had to deal with so much. It shows both their characters as they are there for one another despite these ups and downs. Most recently the events of this year. They know how to support and love one another. Some people can be married for years and never really understand how to do this. Matt had his dream job which he worked hard for. Now because of the situation he is unable to do this job. Hopefully some day that can be changed. He however went out there and got a job that pays the bills. Even though it's not what he went to school for and the hours are not ideal he makes it work for now. He is responsible and resilient and is making the best of a not great situation. He has cooperated throughout  the entire process and has not placed a doubt in anyone's mind that he is there to do the right thing. I feel he has paid plenty already for his

mistake although many may feel differently. He and his wife were unable to go on their honeymoon, income changes due to not working a job he went to school for and had better pay and also just any delays in their future plans that this has brought about as they have to wait and see how everything plays out.

As a mom I never want to see any of my children hurting. It doesn't matter how old your kids are, a mother will always want to protect them and do whatever is necessary to make things better for them. When one of my children is hurting and going through a tough time it hurts me as well. A mother would like nothing more than to be able to fix or help their child when there is need. There is nothing greater than a mother's love. I want nothing but the best for all my kids. Unfortunately I have no control over this current situation other than to write to you on his behalf asking for leniency. I implore you to read all the letters on his behalf to see what type of person Matt truly is and to ask for mercy when deciding Matt's sentence.

Sincerely,
Christine Laiss
Christinemlaiss@gmail.com

Honorable Joseph F. Leeson Jr., United States District Court Judge,

I am writing to provide a character reference for Matt Laiss. I appreciate the opportunity to share my perspective on his character and the qualities he brings to our community.

While I acknowledge that Matt has made a mistake, I believe it is equally important to recognize the many positive attributes he demonstrates and the contributions he has made to those around him. In my experience, Matt is someone who genuinely cares about his community and the people in it.

Matt has previously volunteered at Second Harvest Food Bank, demonstrating a meaningful commitment to helping others in our neighborhood. Through this service, he has assisted with packing food boxes for families in need, sorting through donations, supporting food safety maintenance, providing administrative support, and volunteering at The Seed Farm by helping with gardening efforts. These opportunities require time, consistency, and a genuine desire to serve others, and Matt has shown that willingness through his actions.

In addition, during Teacher Appreciation Week, Matt honored local educators by donating his time and resources to detail teachers' cars. This gesture was a thoughtful way of recognizing the hard work teachers put into supporting students and the community.

Matt is also a strong champion of Southside Bethlehem. He frequently attends local sporting events, theatre performances, and other community activities to support and celebrate our students. His presence at these events reflects his belief in uplifting young people and investing in the community they are growing up in.

No person should be defined solely by a single mistake. Matt's actions outside of this situation reflect someone who cares deeply about others and who consistently finds ways to give back. I believe he has the character and the capacity to learn from this experience and continue contributing positively to the community.

Thank you for taking the time to consider this letter and my perspective regarding Matt's character.

Respectfully,

Dr. Brittany Reese
(610) 762-6285

6/29/2026

To The Honorable Joseph F. Leeson Jr., United States District Court Judge,

My name is Alan Laiss Matthews dad, and I am writing this letter on behalf of my son, Matthew. I understand the seriousness of the matter that came before the Court, and I respectfully offer this letter to share what I know about my son's character, his values, and the person he has shown himself to be throughout his life.

As his parent, I have seen Matthew grow through both good times and difficult moments. He is a person who is capable of kindness, loyalty, hard work, and respect for others. He has always cared deeply about his family and the people close to him, Matthew has been involved in church from when he was born and has grown from this upbringing he has shown a willingness to help when others need support.

I do not wish to excuse any mistakes he may have made. I understand that accountability is important, and I know that Matthew must take responsibility for his actions. At the same time, I respectfully ask the Court to consider the whole person he is—not only in this situation, but also his background, his positive qualities, and his potential to learn, grow, and make better choices moving forward.

Matthew has people in his life who love him, support him, and want to see him succeed. Our family is committed to encouraging him, holding him accountable, and helping him stay on a positive path. I believe he has the ability to become a stronger and more responsible person through this experience.

If appropriate, I respectfully ask the Court to consider an outcome that allows Matthew the opportunity to accept responsibility while continuing to improve himself, contribute positively, and remain connected to the support system that can help him move forward.

From very early in Matthews' life, he has been a hard-working person in everything that he has done, good or bad. He was obsessed with baseball from very early on. We would practice in the back yard day after day throwing, catching, hitting until he got it correct. Matthew has kept that same work ethic in his personal and professional life and does not stop until he gets it correct. Matthew has made mistakes while he grew up as we all have. But he is willing to change things to make them correct.

When Matthew met Megan several years ago they found true love and they both worked hard to get where they are today.

I would ask that you would consider Matthew as good person who made a mistake and let him and Megan move on with their life

Thank you for taking the time to consider this letter. I appreciate the Court's attention and respectfully submit these thoughts for your consideration.

Respectfully,
Alan Laiss

(856) 597-9678

**Damaris Soto**
201 5th Street
West Easton, PA 18042
(484) 903-0610
misssoto14@gmail.com

June 8, 2026

To the Honorable Joseph F. Leeson Jr.,  United States District Court Judge,

Please accept this letter in support of Mr. Matthew Laiss.

I have known Matthew since 2022, when his now-wife, Megan, began working with me at Broughal Middle School as a school counselor. From the very beginning, Megan spoke highly of Matthew—his genuine kindness, gentle nature, unwavering dedication to his family, and the wonderful life they were building together. When I had the opportunity to meet him, it became immediately clear that he embodied all of those qualities and more.

Matthew is a kind, compassionate, and generous individual who is always willing to give of himself, his time, and his talents to help others. One example that stands out is when he volunteered his services to provide car washing and detailing for our teachers as a gesture of appreciation. I was deeply impressed by his willingness to take time away from his own work to recognize and serve others. Acts such as these reflect the selfless and thoughtful person he is.

Over the years, I have come to value Matthew's friendship and consider him a wonderful friend, husband, and partner to Megan. Throughout their relationship, I have witnessed his integrity, respect, resilience, and unwavering commitment to those he loves. Together, they have faced significant challenges, including serious accidents, illness, and the loss of family members. Through each hardship, Matthew has consistently demonstrated strength of character, compassion, and perseverance.

I respectfully ask that you consider the Matthew I have come to know. While I understand that he made a mistake during a period of significant stress and turmoil, I firmly believe that this lapse in judgment does not reflect his true character. The actions that led to this situation are inconsistent with the person I know him to be and represent an isolated incident rather than a pattern of behavior. I do not believe there was any malicious intent or desire to cause harm; rather, it was an error in judgment made during a difficult time in his life.

Matthew is a good man who is deeply devoted to his family and committed to his community. I sincerely hope he is given the opportunity to demonstrate the character, integrity, and compassion that have defined him throughout the years I have known him.

Thank you for your time and consideration.

Sincerely,

Ms. Damaris Soto

**Emma Brinton**
437 E Ettwein St
Bethlehem, PA 18018
(781)264-4743
ebrinton18@gmail.com

June 29th, 2026

To The Honorable Joseph F. Leeson Jr., United States District Court Judge,

My name is Emma Brinton, and I am writing this letter on behalf of Matt Laiss. I have known him for five years as an acquaintance, friend, and now family. I am writing to provide information regarding his character

Over the past five years, I have known Matt to be a kind, generous, and trustworthy individual. From the first time he attended a family dinner, he demonstrated respectfulness, attentiveness, and a genuine interest in engaging positively with those around him.

Since then, I have seen how much care and effort he puts into his relationships, particularly with his wife. He continually seeks to bring joy to her daily life through thoughtful gestures and shared experiences.

In this past year, we have grown closer as he became an uncle and also began working with my husband. I have personally observed Matt's patience and attentiveness with our child. It has been amazing to watch as he has grown increasingly comfortable engaging with and caring for our child. He always brings a calm and positive presence when spending time with the family.

Additionally, I have received consistent feedback from my husband regarding Matt's work ethic and contributions. He is described as detail-oriented, proactive, and a valuable member of the team.

Based on my observations, I believe that Matt is a good character who is continually growing, both personally and professionally. I respectfully submit this letter for the Court's consideration.

Please feel free to contact me if you require any additional information.

Sincerely,

*Emma Brinton*

**Emma Brinton**

Honorable Joseph F. Leeson Jr., United States District Court Judge

Who is Matthew Laiss? To me, he is not only my older brother, but also my friend, my protector, my mentor, and someone I have always looked up to and admired. Matthew is the type of person who will come running to your side if you need anything. He consistently puts others before himself.

Matt and his wife, Megan, got married this past November. I remember that many photographers, videographers, and others hired for the wedding frequently came up to my parents and me to express how kind and caring he is. They repeated multiple times what a great person he is—and this is something I hear often. My friends constantly tell me how lucky I am to have a brother like Matt.

I truly believe I am the person I am today because of him. He taught me what it means to be kind, to be strong, and to be someone others can depend on. He showed me how people should be treated. It's with respect, protection, and encouragement. He has always treated others that way himself.

Matt is a happy, easygoing, and positive person. Growing up, he taught me how to ride a bike, how to drive a car, and how to stay out of trouble. He has always been my number one supporter in anything I chose to do, and he continues to be.

One moment that stands out to me happened in the summer of 2020. I was in Wildwood with a friend and desperately wanted to come home, but I didn't have my car. I texted Matt, and without hesitation, he told me that if I wanted to leave, he would come get me. At the time, we lived in Ottsville, which is about a two-and-a-half-hour drive one way. He had already worked a full day, yet he still drove all the way to pick me up and then drove another two and a half hours back home, through one of the worst thunderstorms I have ever experienced. There was never a question in his mind about whether he would come. That is simply who he is.

Matt also shows his character in the small, everyday things. Since his very first date with his wife, he has always opened the car door for her, and he still does to this day. How many people can you say still do that? I am not even sure where he learned it, but it reflects the kind, thoughtful, and respectful person he is.

Matt is truly one of the best people in my life. He has never made me question the kind of person he is.

It is difficult to accept that after everything good he has done in his 32 years of life, one mistake could threaten to define him. However, knowing Matt, I also know he will not allow that small mistake to define his future. He has always persevered through challenges, and this will be no

different.

It would mean everything for him to be able to move forward, enjoy this new chapter with his wife, go on their dream honeymoon, build a successful career, and start a family. What if everyone were judged by a single mistake?

According to the Merriam-Webster Dictionary, a mistake is "an action, decision, or judgment that is incorrect, misguided, or produces an unintended result, typically caused by carelessness, poor reasoning, or inadequate knowledge." What Matt did six years ago was exactly that… a misguided decision made with a lack of knowledge and understanding.

A single mistake should not outweigh a lifetime of kindness, loyalty, and integrity. If that were the case, no one would be judged fairly, because everyone makes mistakes at some point in their lives. What truly defines a person is not their worst moment, but how they learn from it, grow, and move forward.

Matthew has spent his life showing up for others, supporting those around him, and being someone people can rely on. His actions over the years consistently reflect compassion, responsibility, and strength of character. Those qualities are not erased by one small mistake; they are proven by a pattern of behavior over time.

He has taken responsibility for his actions and has continued to grow into an even better person because of them. That willingness to learn and improve speaks far more about his character than the mistake itself.

Everyone deserves the opportunity to move forward, especially someone who has demonstrated, time and time again, that they are committed to being a good person. Matthew is not defined by one moment… he is defined by a lifetime of love, selflessness, and dedication to others.

To me, Matthew Laiss will always be more than just my brother. He is someone I admire, someone I trust, and someone I am proud to look up to. And no single mistake will ever change that.


Thank you for your time,

Emily Laiss

(267) 210-3478

Honorable Joseph F. Leeson Jr., United States District Court Judge

I write to you today in an attempt to appeal to your sense of compassion and morality for a good-natured, upstanding man and to speak toward his wonderful character.  I have been blessed with the distinct pleasure of having Matt Laiss in my life since the latter part of 1997 when I began dating his aunt, who ultimately became my beautiful bride for the last 25+ years.  Over the 28 years I have known Matt, I watched him grow into the man that he is today – dedicated, hard-working, loving, caring, compassionate, God-fearing and an all around great person.

From the time he was young, Matt has always had this innate sense of morality and grew up in a religion/church with loving/caring members who are always there to support one another.  I grew up Catholic, so my morality was already set, but their denomination was more well-rounded and rooted in family support.  It was only one of the reasons I enjoyed coming around for all of the holidays and spending time with their family.  I was accepted into the family and my nephew, Matt, made me feel welcomed and loved not just as an uncle (in-law), but as a person and human being.  Dare I say – friend.

This trend did not stop one iota over the course of the years as he grew up.  Our conversation topics changed, as you can imagine, but to my pleasure – he remained there to lend support through some of the most difficult times in my life.  The death of my mother, marital issues and, most recently, the death of my father.  Throughout all of life's tumult, Matt was ALWAYS supportive, attentive and selfless.  His time came second to what was needed at that moment.  Even when you would think he would turn his back on me, he came with open arms and accepted me for who I was regardless of my personal flaws.

Matt's tenacity for achieving his goals was apparent from a very young age.  His dedication to a simple task until it was completed with perfection was unseen to me since recollecting my own actions as a youth.  He has carried that throughout all of the years putting 100% effort toward his schooling, his baseball accomplishments, throughout his career in his various jobs and his personal relationships culminating with his marriage in November of 2025.

I implore you to take into account Matt Laiss' character and overwhelming goodness when weighing the options you have in front of you regarding his future.  This is an individual who wants his voice heard and to make sure his opinion matters, with no malicious intent.  Kindly consider this during the decision making process so a good man does not pay erroneously for an innocent mistake.

I extend my gratitude for taking time to read this petition and consider it when passing judgement.

My kindest regards,

Gary D. Ward

1460 Foster Rd.

Warminster, PA 18974

gward@daboink.com

To the Honorable Joseph F. Leeson Jr., United States District Court Judge

I am writing this letter as a character witness for Matthew Laiss. I have had the privilege of knowing Matthew for 4 years, and during that time I have come to know Matthew as a person of integrity, kindness, and strong moral character.

Matthew has consistently demonstrated responsibility, compassion, and respect toward others. I have personally seen Matthew show up for those in need no matter what. He could know you for 4 years or 4 minutes and he is always willing to lend a helping hand. His actions have reflected honesty and a genuine concern for those around him.

It is my firm belief that the situation currently before the court does not define who Matt truly is. People are not defined by a single mistake, but rather by the entirety of their character and the way they respond to challenges.

I respectfully ask that you take into consideration the person I—and many others—know Matt to be: someone who is fundamentally good, dependable, and deserving of understanding and an opportunity to move forward.

Thank you for your time and consideration.

Sincerely,
Halina John
(484) 538-9297

**Jennifer Cierech**
610-393-9240
2614 Boyd Street
Bethlehem, PA 18017

6/24/26

Dear Honorable Joseph F Leeson Jr., United States District Court Judge,

I am writing this letter to respectfully offer my perspective on the character of  Mr. Matt Laiss. I have known Matt for four years and have had ample opportunity to observe his conduct, values, and dedication to those around him. I can say without hesitation that Matt is an upstanding, dependable, and thoroughly trustworthy individual.

First and foremost, Matt is a deeply committed husband. I have witnessed firsthand the love, respect, and unwavering support he provides to his wife, Megan. His dedication to his marriage is a reflection of his core integrity. Whether it be at work or at home, he takes the responsibility of being a provider and a leader very seriously, earning the deep loyalty of everyone who works with him.

On a personal level, Matt is the definition of a loyal and dependable friend. He is the person people call when they are in need because everyone knows he will show up. Whether offering practical help, sound advice, or just a listening ear, Matt's ability to listen and offer support is commendable.

I understand the gravity of the matter currently before the court; however,  I truly believe that this situation does not define who Matt is as a whole. He is a man of strong moral character who deeply regrets his errors and is fully committed to making things right.

Matt is a vital asset to his family, his employer, and our community. I have full confidence in his honesty and his desire to move forward positively

Thank you for your time, your consideration, and for reviewing this statement.
Sincerely,
*Jennifer Cierech*

Jared Erhart
4450 Jodi Ct
Bethlehem PA 18020
JaredErhartTeam@gmail.com
610-248-4851

June 23, 2026

To the Honorable Joseph F. Leeson Jr.,
United States District Court Judge

RE: Character Reference for Matthew Laiss

Dear Honorable Joseph F. Leeson Jr.,

My name is Jared Erhart, and I am Matthew's cousin through marriage. I met Matthew roughly 5 - 7 years ago and am typing this letter because I also helped him purchase a condo in 2022 as I represented him as his buyer agent. I have been in the Real Estate business for 20+ years and my experience with him was excellent with no concerns at all.

I am fully aware of the charges Matthew is facing and the serious nature of this hearing. However, I want the court to know that my experiences with Matthew has always been positive
and I have found his work ethic to be strong, along with his very positive interactions with family.

Thank you for your time.

Respectfully,
Jared Erhart

To the Honorable Joseph F. Leeson Jr., United States District Court Judge,

I am writing this letter on behalf of my friend Matthew Laiss. I have been friends with Matt since 2019, and since that time we have spent a lot of time together and grown very close. Over the years I have found Matt to be a very thoughtful and caring friend, always willing to listen first and not judge. I also have admired that he is willing to give me the hard truth response, even if it may not be the answer I am looking for. Not only is that how he listens and gives advice, but it is also how he seeks advice. He wants his friends and family to hold him accountable and be open and honest no matter how tough the conversation may be. For all these reasons, Matt was one of the few people I asked to be a groomsman at my wedding. He also is someone that I have over and spend time with now that I have a one-year-old daughter, as I believe he is someone she will be able to trust and learn from as she grows up.

Through all the turmoil he has faced over the last year with this legal matter, not once has he made an excuse or tried to lie about what landed him in this situation. It was an honest mistake that he owned up to, and I believe the way he carried himself through it all is a testament to who he is as a person. He continued to care for those around him and did not just wallow in his own self-pity. He picked himself up and did whatever was needed to continue to provide for his family and be there for those that need him most.

If there is anything else I can say or do to express the level of respect I have for Matthew, please let me know and I will do it in a heartbeat.

Thank you,

Joe McCans
jmccans@tyndaleusa.com

**Character Reference Letter**

**June 25, 2026**

Honorable Joseph F. Leeson Jr., United States District Court Judge,

I am pleased to write this character reference for my friend, Matthew Laiss, whom I have had the privilege of knowing for four years. Over that time, I have come to know him as a compassionate, dependable, and thoughtful person who genuinely cares about the people around them.

One of Matthew's greatest strengths is their willingness to support others. He is always ready to listen, offer encouragement, and step in when someone needs help. His kindness and patience have made a positive impact on many people, and he consistently treats others with respect and understanding.

I have also admired Matthew's resilience and determination. He approaches challenges with a positive attitude and works hard to overcome obstacles without giving up. His calm demeanor and ability to remain focused during difficult situations make them someone others naturally look to for support.

Above all, Matthew is a caring individual who values relationships and strives to make a positive difference in the lives of others. I am confident they will continue to demonstrate these qualities in all aspects of his life.

Thank you for taking the time to consider my recommendation. Please feel free to contact me if you need any additional information.

Sincerely,

Jessica Rodriguez

(484) 821-7937

The Honorable Joseph F. Leeson Jr., United States District Court Judge,

My name is Jeff Wetherill, and I am writing on behalf of my brother-in-law, Matthew. I appreciate the opportunity to share my perspective on his character as you consider this matter.

I have known Matt for over thirteen years, not only as my brother-in-law but as someone I consider my true brother in every sense of the word. During that time, He is the kind of individual who is always willing to help others without expecting anything in return. It doesn't matter what the situation is, whether it be supporting his wife, helping his friends and family, or just being there as a familiar voice to talk to, Matthew always demonstrates kindness, integrity, and compassion.

In all the years I have known him, I have never known Matthew to intentionally break the law or act dishonestly for personal gain. The allegations before the Court are completely inconsistent with the person I know. Based on my experience with him, I sincerely believe this was an honest mistake and not a deliberate attempt to undermine the voting process or gain any unfair advantage.

Matthew is one of the hardest-working individuals I have ever known. And I know this current situation is weighing heavy on him, and this is not a situation I would ever want to see someone with such a large, caring heart go through.

I respectfully ask the Court to look at Matthew for the person he truly is, a brother, a husband, a son and my best friend. One mistake should not define a person whose life has otherwise demonstrated honesty, responsibility, and genuine care for others.

Thank you for your time and for considering my thoughts. I appreciate the opportunity to provide this letter on Matthew's behalf.

Respectfully,

Jeff Wetherill
jwetherill@live.com

Kimberly Erhart
4450 Jodi Court, Bethlehem, PA 18020
610-248-5113
kbrown092000@yahoo.com

To The Honorable Joseph F. Leeson Jr., United States District Court Judge
Edward N. Cahn U.S. Courthouse
504 W. Hamilton Street, Allentown, PA 18101

Re: Character Reference for Mathew Laiss

Dear Judge Leeson,

My name is Kim Erhart, and I am Matt's cousin through marriage. I have known Matt for just about 5 years and am writing this letter to you today to share my feelings about Matt's true character, beyond the mistakes he made several years ago.

I am fully aware of the charges Matt is facing and the seriousness of this hearing. However, I want the Court to know the person I have known and the kind, responsible person he is.

Throughout my time knowing Matt, he has consistently shown compassion and dedication to our family. He loves to hang out with my two children. Playing video games, frisbee, playing in the pool and talking with them. He loves sports (all Philly) and will talk for hours to my son discussing stats.

Matt works hard to provide for his new wife, getting his car detailing business off the ground, being his wife's sounding board when she has a hard day and loving her and his family with all his heart. He has shown up for my family to check in on my husband who had been severely hurt a few months ago. He gives reassuring hugs to my kids when they need it.

I believe this experience has truly shaken him. He has spoken about it and stressed about it but has accepted it with grace.

Matt's entire family is committed to supporting Matt as he moves forward. He has recently gotten married and is looking forward to his future with his wife. Building a stable and healthy relationship and environment. He will dedicate his time to being a productive member of society. Thank you for your time, and your consideration as you determine an appropriate sentence.

Respectfully,
Kimberly Erhart

March 5, 2026

To the Honorable Joseph F. Leeson Jr., United States District Court Judge,

I am writing this letter in support of Matthew Laiss. I have known Matt for the past 4 years. He is the husband of my counseling counterpart, Megan. Over these years I have seen Matt as a loving boyfriend, fiance and, now, husband to Megan. I have seen their love grow and have witnessed the true kindness and support they give each other on a daily basis. This was evident when Megan's cousin had a terrible accident last year that left him hospitalized out-of-state. Matt was there to support Megan and her cousin's children, who were local, by babysitting, providing meals and being there for her cousin's wife. He is kind, loving and a true "family man". Their summer vacations are often spent traveling to family who live out of state.

I was surprised to hear of this incident with Matt. It is so out of character for him and extremely obvious to me, that he didn't do this with a clear mind. He made one mistake at a very challenging time in his life but he has never harmed anyone. Everyone I know speaks highly of him. Even when struck down Matt does what he needs to to take care of his family. He immediately found new employment and works hard every day to create a happy life for he and Megan.

I believe this incident is out of character for him and that they he is genuinely committed to making things right and learning from his mistake.

Sincerely,

Kelly Simpson
ksimpson@basdschools.org
610.866.5041

To the Honorable Joseph F. Leeson Jr., United States District Judge,


I am writing this letter on behalf of my good friend Matthew Laiss. I've known Matt since 2019. In the year, we began professional relationship work as sales representatives. At the time, our team experienced high levels of employee turnover, and team cohesion and morale low. Matt joined this team and became an active, integral, and solidifying member of the team. He worked diligently to complete his work to a greater than satisfactory level, and always worked with not only the customer, but his teammate's best interest in mind. His dedication and diligence to his craft of knowing and caring for people even got me out of a "couple jams" a few times. Our professional relationship quickly blossomed into a personal relationship within the year and have been consistent friends since. I am proud to not only call Matt a dear friend, but a brother. Someone who continuously strives to do his best and see the best in others. We as humans are imperfect, and our nature can lead us to error. However, I know Matt strives daily to be the best employee, friend, spouse, and most importantly… Man that he can. I believe his everyday life shows evident to that. In this time since these court proceedings began, Matt has been a diligent citizen. I can say that with certainty due to his persistence of upholding rule and law, and despite these legal setbacks, continuing to be a persistent contributing member of society. He has worked tirelessly to not allow these circumstances to hold him back from providing emotionally and financially for his family and friends in a more than adequate manner. That's the thing about Matt… He is resilient. He will not allow any circumstance to hold him back from actively seeing and contributing to the greater good. I know from his nature and character these charges and circumstance do not overshadow or overarch his radiance, and in my opinion, the greatness of how God made him. In life, as imperfect beings, we are all bound by mistakes, misguidance, or misjudgments. However, it is how we respond to these that defines a man. Matt continues to try to right his mistake by continuing to be the best he can; for his God, family, friends, professional relationships, and country.


Sincerely,

Luke Miorelli
luke.t.miorelli@gmail.com

Honorable Joseph F. Leeson Jr., United States District Court Judge


My name is Mary Boaz, and I am writing in support of Matthew, whom I have had the pleasure of knowing for several years. I was introduced to Matt through one of my closest friends, his wife, Megan Lillie. Over time, I have come to know him as an exceptionally hardworking, dedicated, and principled individual.

Matt consistently demonstrates a strong work ethic and a commitment to growth. He continually pushes himself to improve, to contribute more, and to provide a meaningful and stable life for his family and those around him. One of his most defining qualities is his honesty. He communicates with integrity and thoughtfulness, offering sincere perspectives even when conversations may be difficult. His transparency is grounded in respect and a genuine desire to support others.

I have also witnessed firsthand the care and devotion Matt shows to Megan. He approaches their relationship with compassion, patience, and unwavering support. During challenging times, he remains steady and resilient, facing obstacles with determination and courage. Additionally, Matt extends this same level of care to his friends and family. He is consistently selfless, stepping in to offer help, guidance, or simply a listening ear whenever it is needed.

It is without hesitation that I speak to Matt's character. He is dependable, compassionate, and deeply committed to the well-being of others. Matt is someone you want in your life and someone you can depend on wholeheartedly.


Sincerely,

Mary Boaz
(484) 866-5422

Megan Lillie-Laiss

3209 Oakland Square Dr.

Bethlehem, PA 18020

mlillie37@gmail.com

(484) 264-8617

June 23, 2026

To the Honorable Joseph F. Leeson Jr.,

United States District Court Judge

My name is Megan Lillie-Laiss and I am writing this letter in support of my husband, Matthew Laiss. This letter will be lengthy, but please read it until the end because every person who has the privilege of meeting or knowing Matthew is touched by his strong, kind, caring, honest, hardworking, and trustworthy character. Matt and I met a little over five years ago and both of our lives immediately changed for the better. I understand the seriousness of the matter and do not excuse his actions, but I do not believe that his mistake almost six years ago is a true representation of who he is at his core, and that it was just that, a mistake during the unprecedented time of 2020 and COVID.

After various conversations with Matt and his family, it was made clear to me that Matt was not in his normal right mind during this time. He experienced a terrible break up that caused him to feel alone, isolated, and down/depressed here in Pennsylvania. While experiencing these mental health symptoms he made the very impulsive decision to move down to Florida, to try and get away from his problems here in Pennsylvania and get a fresh start. Due to COVID and working from home he realized very quickly that he was more isolated and alone down in Florida, which in turn made his mental health symptoms worsen. Matt did not immediately share how he was feeling with his friends or family (his family has shared this with me), and he began coming back and forth to see his family and friends. When he finally felt low enough he texted with his sister, Emily, about how he was feeling and wanting to come home, but feeling worried that he would not be able to leave. She encouraged him to speak with their parents. Matt and his parents had a lengthy phone call where Matt filled them in on how he had been feeling the last few months, that he felt so isolated, alone, and depressed down in Florida. They told him he was always welcome to come home. Right after they got off the phone he packed up as much as he could into his car and drove straight home from Florida to Pennsylvania, with no stopping. As Matt's wife it saddens me that he felt this way as he is such a genuine, kind person. All of this to say that I do understand the seriousness of the matter in the courts and do not excuse his actions during that time.

Matt and I matched on a dating app toward the end of June 2021, met in person early July of 2021, and began dating in late July 2021. Matt has always been kind, caring, honest, supportive, thoughtful, and trustworthy throughout our entire relationship. He showed me from the very first conversation that he was an honest, caring man. He did this through consistency, his words always matched his actions, and just being who he is. We both knew very early on that we were going to be the end goal for each other. We started talking about engagement rings a month into dating. We bought our first house eight months into dating in February 2022 and moved into this first home in April 2022. Our home has been a labor of love by not only myself and Matt, but both of our families. Matt's father and brother in laws helped change light fixtures and move furniture. My parents, brother, and sister-in-law helped us with a paint party to paint the entire inside of our house. Matt's mom and sisters helped clean our home before we moved our things in. This home has seen each step of our relationship - dating, engagement, and now marriage.

When I met Matt he was a sales agent for AAA, he got to know and helped hundreds of members in Allentown obtain affordable car, renters, and homeowners insurance. He showed compassion and care when handling sensitive situations, and wanted to make sure at every point that he never disrespected any member in any way. His regional manager entrusted him with the management of his employees, member satisfaction, solving various issues/problems, and with meeting AAA's goals. Matt's previous manager always thought highly of him and was shocked when Matt left AAA to pursue other interests.

I personally have worked at Broughal Middle School in the Bethlehem Area School District since the winter of 2022. Matt was very supportive of me leaving a previously held position at a charter school to pursue what once was a long-term substitute school counselor position that turned permanent at Broughal. It was a career dream and goal of mine to work for the Bethlehem Area School District, and if it were not for Matt's love and support I would not have had the courage to make the leap of faith. Matt has supported me unconditionally in so many ways since we have met, but this has been one of the biggest. When I sign up to work Saturday morning football games in the fall, Matt tags along with no questions asked in support of not only myself, but also Broughal's student athletes. On more than one occasion he has assisted with setting up beforehand, the chains during the game, and cleaning up afterward. Matt

2

has always been helpful and trusted to complete any job that was asked of him, that he did not even need to do in the first place, but that he did out of the kindness of his heart.

Matt has career goals for himself as well. Something he wants to pursue that I have supported him in 110% is owning a business. He tried starting a car detailing business a few years ago with the main focus and concern being to create a sustainable, nearly waterless detail service that was not only good for the environment, but also affordable. For teacher appreciation week in 2023 Matt agreed to take two days out of his own time and busy schedule to show his appreciation for Broughal's teachers by offering a discounted detail to them. My coworkers who participated were so happy about the job he did, the very clean final product of each of their vehicles, and shared that it was great to be able to trust him with their cars without any concern or worry. He takes pride in doing any job that he does correctly and with integrity each and every time.

Matt is always there for not only his family, but me and my family as well. My cousin sustained a traumatic brain injury (TBI) during a freak fall accident out of state in the Fall of 2025. My family and I were all shocked, scared, and were unsure if my cousin was going to make it through emergency lifesaving brain surgery to stop a brain bleed and take out part of his skull. Matt was a strong steady presence helping with my cousins children, playing games and talking with them to help distract them. He was my rock while trying to navigate how to help where needed with rides, meals, and watching my younger cousins. After a full day of taking care of them, we got home and he then took care of me as I processed what was happening and had my own emotional reaction. Matt had no judgement at any time, and was very helpful and supportive to myself and my family. I don't know that I would have made it through that time without him. He shows up for others even when he has his own things going on behind the scenes, again no questions asked.

Matt is often that friend or family member that is called when someone needs to talk about anything or ask even a simple question. If Matt does not know the answer to a question he finds someone who does so that he can help others. He is a true problem solver and has been there for others to lend a helping hand on various occasions. Even if it is to just come over and help move an item in their home, he is there. People who know Matt look to him for his honest and trustworthy demeanor and character. They know that he is there for them and is someone

3

who will show up for those he cares about, and when he says he will do something he always follows through.

When Matt and I met we both did not know that we would be loved so deeply not only by one another, but also by both of our families. Matt's family has taken me in as one of their own, and this is where I learned how he became who he is. Matt gets every single one of his great attributes from his immediate family (he gets a lot from his large extended family as well, but there has to be an end in sight for this letter). My father-in-law, Alan Laiss, is a confident, strong, loyal, speak his mind type of person who also loves hard. He has shown Matt what it is to be a husband, how to love and care for his wife, and he has shown him what it takes to raise three children. Alan has passed along his get your hands dirty hard working attitude down to Matt. My mother-in-law, Christine Laiss, is so loving, soft, kind, and caring. Christine has shown Matt what being loved gently feels like and how to be so kind, caring, and loving. She has shown him what living in a loving household is and he makes sure that our home has this everyday. My sister-in-laws, Monica Wetherill and Emily Laiss, are two of Matt's best friends. They are a tight knit bunch who have one another's backs at all times. At our wedding Monica and Emily made a speech together that spoke about their upbringing and life thus far together. Emily shared that Matt helped her know how a person should be treated, protected, and encouraged. She continued to say that he's funny, caring, and somehow he manages to make everyone around him feel seen and valued. Anyone who gets to know Matt even for one conversation feels this. My family is included in this. My immediate family loves Matt and knew he was right for me from the moment they met him. He is so attentive to others and is always willing to jump in to help at family gatherings or at a Sunday family dinners. I too have a very large extended family and he has been loved and accepted with them since the first time they met him.

Our home has also seen our most difficult moments as well. Growing up we were both taught by each of our parents to trust the police and government. They are there to help you and as long as you are honest then everything will work out. Throughout the whole process of being investigated, a target of a case/trial, and the trial itself Matt has been nothing but honest, forthcoming, and has had conversations on wanting to make it right with various people. Matt has made sure that he follows the direction that he is given when given them - this has been especially true since his arraignment, following the directions that come with probation, and having to check-in monthly with his probation officer, Jamie Stroup. It has been very difficult to

4

feel our collective goals and dreams become further and further away throughout this process. When Matt was arraigned in September of 2025 many news articles were written, it has been heartbreaking to see how Matt has been painted by these many many articles.

Matt's previous employer fired him just two months before our wedding. His previous employer shared that he was being let go due to the articles and pending charges, but he would be hired back immediately if/when it went away because Matt was dedicated to the job and also great at it. Matt worked tirelessly to find a job to continue to support us and help us stay afloat even though it came with a significant pay cut - he was working for a DSP delivering for Amazon, he was named driver of the month for January 2026. Matt now works in a sales position for a small franchise, EverLine. I personally had to take money out of my retirement account to help pay bills during this transition period, all the while working a second job and paying for a wedding. We had big dreams of going on our honeymoon and starting a family immediately following our wedding, but unfortunately both of these have been placed on hold mainly due to our financial constraints with everything going on. We are unsure of when these dreams will come to fruition, but we are still holding onto our hope and faith that we will not have to wait too much longer. To afford our home and bills we need a dual income to maintain what we have worked so hard for. During this process we have fallen behind a bit on bills, and we are working toward catching up.

Since March 2026 there have been many more articles written, again painting Matt in a negative light. This has affected us immensely as individuals, but especially as a couple. We however, have been very lucky that Matt and I have the support of our friends and loved ones. Our relationship has been through the ringer, but we are coming out stronger because we choose one another every single day. It has been difficult to see the silver lining most days, and we have honestly had our lives on hold since September 2025. My ultimate hope, by the grace of God, for Matt and I is that we can start enjoying life again here soon, especially as husband and wife.

Matthew Laiss is an honest, kind, funny, loyal, caring, trustworthy, hardworking, family man. He is a good person, who made a mistake and is willing to make it right and learn from his mistake. Thank you for your time and consideration.

Sincerely,

Megan Lillie-Laiss

5

Monica Wetherill
1655 Moss Creek Dr
Harrisburg, NC 28075
monicawetherill@gmail.com
267-342-1209

To The Honorable Judge Leeson, Jr.
U.S. District Judge for the Eastern District of Pennsylvania
Edward N. Cahn US Courthouse
504 W. Hamilton Street
Suite 3401
Allentown, PA 18101

RE: Character Reference for Matthew Laiss
06/18/2026


Dear Honorable Judge Leeson, Jr.,

I am writing this letter in support of my brother, Matthew Laiss. My name is Monica Wetherill, and I have had the privilege of knowing Matthew his entire life. As his older sister, I have witnessed his personal and professional growth over the past 32 years.

Matthew has always been a caring, considerate, and generous person who consistently looks for ways to help others. He has always been concerned about the well-being of others and has consistently tried to do the right thing. He is the kind person who will hold a door for you or offer to push your cart back to the corral. He is also the neighbor who will bring your trash can in or water your plants while you're away on vacation.

Throughout our lives, Matthew has consistently been someone our family can depend on, always willing to set aside his own plans to help when someone is in need. One example that stands out to me occurred while my husband and I were on vacation. My younger sister had volunteered to care for our two dogs, but when it came time to put a leash on our energetic puppy, she found herself overwhelmed and unsure how to handle the situation. Matthew was the first person she called. Without hesitation, he dropped what he was doing, drove twenty minutes after 9pm, and went to help. It may seem like a small act, but to me it reflects the kind of person Matthew has always been. Someone who is dependable, selfless, and willing to be there for the people he cares about without expecting anything in return.

Growing up, Matthew was actively involved in his community, beginning with T-ball and continuing through high school baseball. He dedicated himself not only to the sport, but also to the fundraising and community events that came with being part of a team. One of the challenges he faced in high school was contracting mononucleosis, which

required him to switch to online schooling. Despite the setback, he remained committed to his teammates and worked hard to return to the sport the following season. That perseverance has always been part of who he is.

Throughout his career in customer-facing roles, I have seen his genuine desire to help others. His strong work ethic, reliability, and ability to connect with people allowed him to advance from an hourly employee into a management position. When his employer became aware of the legal proceedings, his employer let him go. Ever since, he has found new employment opportunities to continue to provide for himself and his wife.

Matt is someone who pursues his dreams and goals, even if they don't pan out the way that he thought. A few years ago he tried to start his own mobile car washing business. He intentionally designed the business to use environmentally responsible practices that conserve water, reflecting the thought, care, and research he puts into serving both his customers and the community.

While I am deeply disappointed by the choices that brought Matthew before the Court, I also know the person he has consistently been throughout his life. I have seen genuine remorse in him and have watched him reflect seriously on the consequences of his actions. In my opinion, this experience has had a profound impact on him, and I believe he is committed to making better decisions moving forward. I sincerely believe he has learned from this experience and will carry those lessons with him for the rest of his life. Thank you for taking the time to consider my perspective. I respectfully ask that you take Matthew's character, work ethic, and lifelong commitment to helping others into account as you consider this matter.

Sincerely,

Monica Wetherill

July 1, 2026

To The Honorable Joseph F. Leeson Jr., United States District Court Judge,

My name is Philip Villa, and I've had the privilege of calling Matt one of my closest friends for many years. I wanted to take a moment to share a little about the man I know.

Recently, I had the honor of officiating Matt's wedding. Standing beside him that day, I got to witness not only how deeply he loves his wife, but also the kind of commitment he makes to the people in his life. When I spoke during the ceremony, I talked about marriage being built on love, sacrifice, grace, and choosing each other every day. Those weren't just nice words—they reflected the kind of person I believe Matt is.

Matt has always been someone who cares deeply about the people around him. He's the friend who checks in, shows up when he's needed, and would gladly give his time to help someone else. He's loyal, compassionate, and has a big heart. Those qualities are why so many people, myself included, are proud to have him in our lives.

Like all of us, Matt has made mistakes. I know he understands the seriousness of what has brought him before the Court, and I know this experience has weighed heavily on him. But I also know that one mistake doesn't erase the years I've spent seeing his character, his kindness, and the genuine effort he puts into being a good husband, friend, and person.

When I agreed to officiate his wedding, it was because I believed in him and in the life he was building. I still do. I believe he has learned from this experience, and I believe he will continue to grow from it.

Thank you for taking the time to read my letter and for considering my perspective on the man I know. I sincerely hope you'll take into account not just this moment, but the person Matt has consistently shown himself to be over the years.

Respectfully,

Philip Villa

Shanyra Prandy

705 Harvest Run Dr

 Odenton Md, 21114

Sprandy11@gmail.com


June 28, 2026


Honorable Joseph F. Leeson Jr., United States District Court Judge,

My name is Shanyra Prandy, and I am writing this letter on behalf of Matthew Laiss. I have had the privilege of knowing Matthew for the past five years and have come to know him as a close friend. During that time, I have found him to be honest, dependable, and someone with strong moral character and family values. He has also been a devoted boyfriend, and now husband, to my best friend, Megan, and their relationship has always reflected mutual respect, love, and support.

On many occasions when I have visited Matthew and Megan, Matthew has gone out of his way to make me feel welcome and comfortable in their home. His kindness and generosity have always stood out to me. At one point, when I was considering moving to Pennsylvania, he offered me a place to stay while I got settled. That showed me his willingness to help others without expecting anything in return.

Matthew has also always tried to include me in gatherings and celebrations with family and friends. Whether hosting parties or spending time with loved ones, he has a natural ability to make everyone feel welcome and included.

Over the years, I have also seen Matthew's dedication to his family and friends. He consistently puts the needs of those he cares about first and is someone people can rely on during both good times and difficult ones.

Based on my personal experiences with Matthew, I have no hesitation in saying that he is a person of good character. I respectfully ask that you consider my observations as you review his situation.

Thank you for your time and consideration.

Sincerely,

Shanyra Prandy

Honorable Joseph F. Leeson Jr., United States District Court Judge

We are writing on behalf of Matthew Laiss. We have known Matt for about five years and he has become our son-in-law since he married our daughter six months ago. We understand that the charges for which he was convicted are a very serious matter. Matt has taken accountability for the mistake he made. Throughout the public humiliation and subsequent employment difficulties from the media coverage of his case, Matt has continued to work at any job he could find and has been a reliable and hard worker.

Since we have known Matt he has been a polite, kind, smart, funny and conscientious hard working young man. The mistake he made at a low point in his life during some of the most difficult days America has seen in over one hundred years seems to us to be an anomaly and not a true reflection of the young man he is. We know this is a serious matter and you must decide on his sentence, but we hope you can take into consideration the young man Matt truly is.

Thank you for your time and consideration.
Sincerely,
Tonya and Ray Lillie
(484) 838-0241

To the Honorable Joseph F. Leeson Jr.,

United States District Court Judge

My name is Tyesha Rodriguez, and I am writing this character statement on behalf of Matthew Laiss.

I met Matt in 2021 when we both started working together as insurance agents. Unlike Matt, I did not come from an insurance background, and from the very beginning, he took me under his wing and helped guide me through the industry. He mentored me, showed me the ropes, and always made himself available whenever I needed help or advice. About six months later, Matt became my manager, which only strengthened the professional relationship and trust we had already built. Through his leadership, guidance, and support, I knew he was someone I could depend on.

As a manager, Matt genuinely cared about the success and well-being of the people around him. He was not someone who simply managed a team, he invested in people. He encouraged growth, motivated others, and created an environment where people felt supported and valued. His leadership style was built on trust, empathy, and accountability.

Over the years, I have watched Matt grow tremendously as a person. He is someone who truly fosters relationships and deeply cares about others. Whether it is family, friendships, or his personal relationships, he consistently shows compassion, loyalty, and support. I watched him grow from being a devoted boyfriend into a loving husband, and throughout that time, one thing that always stood out to me was how much effort and support he put into the people he loved. Matt is the type of person who listens without judgment, gives thoughtful advice, and goes above and beyond for those around him because he genuinely cares.

I am not excusing the actions that brought him before the Court, nor am I saying what occurred was right. However, I truly believe that this situation does not define the man that Matt is at his core. In my experience, he has consistently demonstrated kindness, selflessness, integrity, and a sincere willingness to help others.

I respectfully ask that the Court take into consideration the character, growth, and positive impact Matt has had on the people around him.

Sincerely,

Tyesha Rodriguez
rodriguez.tyesha@ace.aaa.cmo